IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| JEANNE STEIGERWALD, | CASE NO. 1:15-cv-00741 |
| Plaintiff, | |
| | JUDGE PATRICIA A. GAUGHAN |
| vs. | |
| | **PLAINTIFF'S NOTICE OF FILING EXPERT REPORT OF RICHARD S. KAAE** |
| BHH, LLC, et al | |
| Defendants. | |

In compliance with Federal Rule of Civil Procedure 26(a)(2)(B) and this Honorable Court's Order dated March 10, 2016, Plaintiff hereby discloses and files the report of the following expert witness that she may offer at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

    Dr. Richard S. Kaae
    734 Main Street
    Huntington Beach, CA 92648

An expert report setting forth Dr. Kaae's qualifications and opinions is attached herewith. Attached to his report as Exhibit 1 is a true and correct copy of Dr. Kaae's curriculum vitae containing his professional qualification, memberships and publications. Dr. Kaae was paid a fee of $290 per hour to prepare this report.

                                        Respectfully submitted,

                                        *s/ Frank A. Bartela*
                                        Patrick J. Perotti (0005481)
                                        Nicole T. Fiorelli (0079204)
                                        Frank A. Bartela (0088128)
                                        Dworken & Bernstein Co., L.P.A.

                60 South Park Place
                Painesville, OH 44077
                (440) 352-3391
                Email: pperotti@dworkenlaw.com
                   nfiorelli@dworenlaw.com
                   fbartela@dworkenlaw.com

                *Attorney for Plaintiff Jeanne Steigerwald*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, a copy of the foregoing *Plaintiff's Notice of Filing Expert Report of Richard S. Kaae* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    *s/ Frank A. Bartela*
Frank A. Bartela (0088128)
Dworken & Bernstein Co., L.P.A.

*Attorney for Plaintiff Jeanne Steigerwald*