IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| JEANNE STEIGERWALD, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 1:15-CV-00741 |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) ) | **DEFENDANTS' NOTICE OF FILING OF** |
| vs. | ) ) | **EXPERT REPORT OF JEFFREY K.** |
| BHH, LCC, VAN HAUSER, LLC, and E. MISHAN AND SONS, INC., | ) ) ) ) | **BROWN** |
| Defendants. | ) | |

In accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Defendants hereby disclose and file the report of the following expert witness that he may present evidence at trial in this matter:

Jeffrey K. Brown, Ph.D., R.P.E., B.C.E.
212 Still House Creek Drive
Madison, Mississippi 39110

Attached hereto is a written report setting forth Mr. Brown's qualifications and opinions, as well as a true and correct copy of Mr. Brown's current curriculum vitae. Mr. Brown was paid $295.00 per hour to prepare his report.

Respectfully submitted,

**BHH, LLC, VAN HAUSER, LLC, and E. MISHAN AND SONS, INC.**

By:  */s/ Scott Wing*
One of Their Attorneys

1

Howard B. Randell
Scott Wing
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel. (312) 368-4554

*Counsel for BHH, LLC, VAN HAUSER, LLC,
and E. MISHAN AND SONS, INC.*