**JEFFREY K. BROWN**
**212 Still House Creek**
**Drive Madison,**
**Mississippi 39110**
**850.499.7961**
<u>**Summary of Experience**</u>

Over twenty-five (25) years of diversified experience within the commercial, consumer, service industries, and public health. Extensive background in recognition, analysis, development and commercialization of new products and services for emerging markets involving complex integration of technical/business issues. A seasoned visionary for ideation sessions, strategic planning, marketing, team building, business, creative problem solving and technology assessment in entomology.

<u>**2009-Present Mississippi State Department of Health Jackson, Mississippi**</u>

**Appointed Bureau Director for Environmental Health and State Medical Entomologist.**

Support 125 field Environmentalists in their duties to protect the health of the people of the State of Mississippi. Perform all duties to support the department for problems with arthropods of medical importance that could be deemed detrimental to the health of the public of the State of Mississippi. Work with FDA, EPA, USDA, Mosquito Control Personnel, 49 other state Public Health Departments, hospitality industry, etc. In the process of creating the policy for bed bug complaints for the Department of Public Health and creating a "Standard of Care" for the hospitality industry for bed bug control. Created a Bed Bug Task Force and launched an addition of a bed bud site on Health Departments web site. Created informational cards for the public on West Nile Virus, its vector and Bed Bugs. Lectured to government, military, and businesses in Egypt and have been asked to return to lecture in Kuwait, Dubai, Abu Dhabi, Lebanon, Morocco, Tunisia, Turkey, and Israel on controlling pest species of insects. Lectured to schools, medical personnel, associations on Public Health pests of importance.

<u>**2004 to 2009 Nacon Technologies. Niceville, Florida**</u>

**A closely held angel funded stock company dedicated to create, design and launch the next generation of Electronic Flying Insect Trap using the patented Tri Phased Array Technologies. President. Full responsibilities for budgets, manufacturing, and sales of this private company.**

Successfully using contract personnel designed, tested and set up manufacturing in China. Within 3 trips to China, all molds, pre and production models were completed including electronics, packaging, safety certification, EPA Establishment, third party logistics, laboratory testing with universities and field testing with major corporations and launched next generation electronic flying insect trap. Next generation trap using plasma screen, unit with LED's and cold cathode tubes. Next product concept was to be mosquito trap for consumer market.

<u>**1996 to 2004 Future Scope. Niceville, Florida**</u>

**A privately owned consulting company working with companies to assist in creating new products, problem solving, technology assessment and team building, public health issues, legal issues in entomology. President. Full responsibilities for budgets, communicating with clients, and consults.**

Worked with Woodstream Corporation to design and launch electronic consumer flying insect control trap. Presented concept and final version to Wal-Mart for Woodstream.

Succeeded in redirecting Personal Blood Supply, a Florida company created to store blood for personal use emergencies to create a new strategy to store "T" cells from umbilical cords for the "Gift of Life" for children and grandchildren. Net Result: As a result of the change in strategy they succeeded in "fighting" off The Red Cross who demanded that they stop from storing blood as a business.

Assisted the Whirlpool Corporation in creating new products for the consumer home kitchen. Net result: Three new products were introduced from the three day session.

Conducted successful synectics sessions for In-Sink-Erator to create new product introduction for garbage disposals to compete against products entering their market from China. Net Result: Not only was a new design for a garbage disposal created, but new positioning of the product. In addition, our sessions

revealed waste in the manufacturing process that was remedied savings the company money.

Conducted successful team building sessions for Little Rapids Corporations, Green Bay, Wisconsin Beauty & Barber and Medical Divisions. Net Result: Teams from the divisions were reformed into more closely knit personalities and talents to create new products for their existing and emerging markets.

Consulted on entomological issues such as termites, insect bites, and insect damage.

**1986 to 1996  S. C. Johnson Wax. Racine, Wisconsin**
**A privately held multi-billion global marketer of consumer insecticides, air fresheners, personal care products, institutional cleaners, sanitizers and services and recreational products.**

**1990 to 1996  Director of Technical Development:** Responsible for creating and managing new product and service opportunities for S. C. Johnson North American Professional Business Group.

Succeeded in presenting the technology of the Vector Electronic Fly Trap to the McDonald's Corporation. Net Result: Generated $1,000,000 in sales the first year of launch. Projected sales of $10,000,000 within four (4) years globally.

Designed and launched new Protector Consumer Electronic Fly Trap in five (5) months to test specialty markets using catalog distribution systems. Sold 45,500 units (Sam Johnson received 500 units) and returned $1,000,000 to entrepreneurial fund. Net Result: Positioned product to be mainstreamed into the RAID product line if accepted by division president.

Succeeded in presenting and the sale of Electronic Fly Traps to K-Mart and Wal-Mart Corporations. Net Result: Generated $3,000,000 in sales.

Directed the design and development of a new patented non-pesticidal flea trap for RAID consumer markets working with Kansas State University.

Designed customized sanitation programs for top 30% of the retail food industry. Net Results: Retained the $12,000,000 annual Wal-Mart account, and secured national accounts including K-Mart Super Centers and Target.

Commercialized new fire protection coating for hood and duct systems. Net Results: Reduced labor costs by 50% and chemical costs by 40% for service companies..

Represented S. C. Johnson Wax through seminars and other presentations throughout the United States, Canada, China, Germany and England to industry, governments, and universities. Net Result: Created new credibility in areas of business and science.

**1986 to 1990  New Business Development Manager:** Responsible for creating new products, services, and business opportunities for the Worldwide Service Business Group.

Developed and commercialized an innovative and patented non-contaminating, non-pesticidal flying insect control trap (Vector and Hygeinus) creating a new market worldwide. Net Result: Generated millions in incremental sales since its launch in 1988.

Created revolutionary patented pesticide application equipment using electrostatics, "cryogenics" and pulsation.  New design used less pesticide and reduced chemical costs and far more efficient in killing cockroaches in their hides. Net Result: Generated new incremental sales for the pest elimination service business of Bugs Burger Bugs Killers, PCO Canada and MicroGen .

Founding member of the Corporate Intrapreneurial Seed Fund that guides and champions new product ideas. Net Result: Provided an environment to promote innovation and creativity that launched products including fly and flea traps, computer aided sales system for service business, fly line cleaner, IT systems, ware-washing equipment, fragrances for pesticides, etc.

Founding member of the Worldwide Environmental Council that creates, evaluates, and implements environmental initiatives. Net Result: Positioned company as a leader in environmental issues and initiatives.

    Promoted to Director of Technical Development. Worldwide Service Business Group. Worked with Scuba Pro to aid incoming president in a smooth and seamless transition.

**1983 to 1986 American Sanitation Institute. St. Louis, Missouri. Consultants to the food processing, pharmaceutical, storage and distribution industry.**

**Vice President and Executive Director: Responsible for the development of service programs for clients. Created strategies and tactics to negotiate with Federal and State Regulatory Agencies. Directly responsible for 30 field FDA specialists, 17 corporate and 12 manufacturing and regulatory personnel.**

    Provided expert defense for a client involved in the largest business seizure for rodent and insect infestation in history of FDA. Net Result: Succeeded in defense of the $350,000,000 privately held company.

    Developed incentive programs and training sessions for 30 field FDA specialists. Net Result: Increased sales of field specialists by 9% in a saturated market. Conducted 3 major seminars a year on insect and rodent control, biology and ecology for the food manufacturing, pharmaceutical and pest control industries.

**1980 to 1983 United States Air Force. Washington, D.C.**

**Captain • Defense Pest Management Information Analysis Center: Responsible for consultations to Army, Navy, and Air Force personnel on a global basis.**

    Developed an early warning medical system for the D.O.D. that assessed the risk for combat troops to diseases around the world. Net Result: Experienced zero (0) loss of military personnel from arthropod borne diseases including poisonous snakes and plants in Iran during the aborted attempt to rescue the American hostages. Project hailed as "a major contribution to the protection of operational military forces worldwide". Consulted to military worldwide for insects, rodents, snakes, plants, etc. that could have a negative impact on personnel.

    Awarded the Tri-Service Commendation Medal for developing the Disease Vector Ecology Profile.

**1971 to 1980 University of California. Davis, California**

**Responsibilities included positions as Research Associate and Teaching Assistant for the Departments of Entomology, Veterinary Microbiology, Nematology and the School of Medicine.**

    Designed and developed the Aquatic Insect Monitoring System (AIMS) chambers and JCL Insect Traps. Net Result: Established JCL Traps as the standard in monitoring procedures for Lake County Mosquito Abatement District.

    Derived a formula that made possible the large scale application of a fungus to control vectors of Malaria, Encephalitis, Yellow Fever, Dengue and Elephantiasis. Net Results: Reduced labor to rear/colonize fungal spores by 53% and materials by 60%.

**Education:** M.A. – Business Management/Administration - 1983
    Central Michigan University, Mount Pleasant, Michigan

    Ph.D. – Medical Entomology - 1979
    University of California, Davis, California

    B.S. - Zoology - 1973
    University of California, Davis, California

    AA. - Biology - 1970
    Truman College, Chicago, Illinois

    United States "C" License for Soccer

Third Stage of my Brazilian Certificate for Soccer

Coached tennis at Ruckel Middle School for two years

Assistant boy's varsity soccer coach at Ft. Walton Beach High School

Head JV boy's soccer coach at Niceville High School for two years

President of the largest premier soccer club in the Panhandle

Adjunct professor at North West Florida State College in the Department of Life Sciences

Guest speaker in the M.B.A. program at the University of West Florida

Guest speaker in economics at Niceville High School

## ADDENDUM PUBLICATIONS

## AND PATENTS

Publications:    Go Ahead Knock Me Down, Brown, J. K. 2016, Xulon Press. 130 Pages

Crockett, R.K, J. K. Brown, et. al 2012. *Culex flavivirus* and West Nile virus in *Culex quinqefasciatus* populations in the Southern United States. Journal of Medical Entomology. 49(1): 165-174 (2012): DOI:http://dx.doi.org/10.1603/ME1108

Ananth, G. P., D. C. Bronson and J. K. Brown, June 1992
Generation of Airborne Fly Body Particles by Three Electrocution Fly Traps and One Electronic Fly Trap. International Journal of Environmental Health Research.

Brown, J. K., 1989
A Revolution in Electronic Fly Traps. Journal of Environmental Health, May/June (51) :5.

Brown, J. K., 1985
What To Expect When An FDA Inspector Arrives At Your Bottled Water Plant (IBWA). Bottled Water Reporter, December/January (25):1.

Brown, J. K., 1985
New Retail Food Store Sanitation Code. Grocery Distribution.

Brown, J. K. and T. L. Huge, 1984
Rodent Control Weapons Standardization. Proper Use of Rat and Mouse Control Tools and Devices. Food Engineering.

Briggs, Dennis L., Jeffrey K. Brown and Robbin W. Thorp, 1980
Electrophotographic Technique For Early Detections Of Effective Pollination In Almonds. Acta Electrophotographa.

Nagamine, L. R., J. K. Brown and R. K. Washino, 1979
Evaluation of Mosquito Larvae Samplers In Rice Fields At Colusa County, California, Proc California Mosquito Control Association.

Brown, J. K. and R. K. Washino, 1979
Effectiveness Of The Fungus, Lagenidium giganteum Against The Clear Lake Gnat, Chaoborus astictopus. In An Agricultural Reservoir In Lake County, California Proc California Mosquito Control Association.

Brown, Jeffrey K. and Helena C. Brown, 1978

Problems Associated With Kirlian Technique in Electrophotographing Insects IKRA

Brown, Jeffrey K. and Armand R. Maggenti, 1978
Detection Of The Rootknot Nematode, Meloidogyne In Tomato Plants Using Electrophotography IKRA Abstract.

Brown, J. K. and R. K. Washino, 1978
The Effectiveness Of The Fungus Lagenidium giganteum For Biological Control Of The Phantom Midge Chaoborus astictopus.  Rocky Mountain Conference Of Parasitologists Abstract Symposium.

Brown, J. K. and R. K. Washino, 1977
Development In Research With The Fungus Lagenidium giganteum On The Clear Lake Gnat Chaoborus astictopus. Proc. California Mosquito Control Associati

Patents:

1. US 6,393,759 B1 May 28, 2002. Electronic Fly Trap Apparatus With Cover. Brown et al.

2. US 6,397,515 B1 June 4, 2002. Electronic Fly Trap. Brown et al.

3. DES.335,912 May 25, 1993, Electronic Insect Trap. Brown et al.

4. 5,064,123 November 12, 1991, Insecticide Dispensing Apparatus. Brown et al.

5. 4,959,923 October 2, 1990, Electronic Insect Trap. Brown et. al.

6.  Electronic Insect Trap . Patent Applied For. 2007. 40 claims. Brown et al.

7. Electronic Insect Trap With Transparent Trapping Device. Patent Applied For. 2007 Brown et. al

8. Registration received for Tri Phased Array, Quad Phased Array, Dual Phased Array and Phased Array. We used Tri Phased and Phased Array on the packaging.