# BELL + HOWELL ULTRASONIC PEST REPELLER

# EFFICACY TEST REPORT

- SGS EFFICACY TEST REPORT – MICE/RAT

- SGS TEST RESULT EXPLANATION – MICE/RAT

- SGS EFFICACY TEST REPORT – SPIDERS/ANTS/ROACHES

- SGS TEST RESULT EXPLANATION – SPIDERS/ANTS/ROACHES

- INTERTEK EFFICIACY TEST REPORT – MICE/RAT

- INTERTEK RESULT EXPLANATION – MICE/RAT

- INTERTEK EFFICACY TEST REPORT - SPIDERS/ANTS/ROACHES

- INTERTEK RESULT EXPLANATION - SPIDERS/ANTS/ROACHES



# BELL + HOWELL ULTRASONIC PEST REPELLER

# EFFICACY TEST REPORT



BHH, LLC.000002



SGS-CSTC Shenzhen Branch
3/F~7/F, No.1, 1st Street, Xiameilin, Futian District, Shenzhen, China. P.C:518049
Tel:86 755 25328888 / 83114358
Fax:86 755 83139706 / 83139732

# WITNESS TEST REPORT

| Report No.: | SZXWT00585081 |
|---|---|
| Date: | 15-Dec-2011 |

| From : | Mei Lv | E-mail : | Mei.Lv@sgs.com |
|---|---|---|---|

| SGS File No.: | CNDGG50037334 | Testing Device  Overlook |
|---|---|---|
| Buyer : | VAN HAUSER 230, FIFTH AVENUE, NEW YORK, NY 10001, USA | |
| | | |
| Style Number: | Nil | |
| Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | |
| Service Style  : | TESTING WITNESS | |
| Service Date : | From 01-DEC-201 to 11-DEC-201 | |
| Testing Location : | DONGGUAN, CHINA | |

## Testing Criteria

| Testing sample provided by | By Supplier(see protocol) |
|---|---|
| Client instruction/specification | Yes(see protocol) |
| SGS WI number | N/A |
| Other | |

## Comments / Remarks: (Reason)

-Found 1rat escaped and 2 rats died at the night of 02-Dec-2011(preliminary testing ), added the new rats next day(on the first day of during testing).

-Found water spilled into food dish in Chamber A&B on 02-Dec-2011, so Chamber B food weight added 49 g.

-Four edges of all chambers were closed up by SGS inspector with special seals.  The seal is unbreakable and chopped with SGS company stamp.  Each day after counting mice/rat quantities and weighting water and food, SGS inspector replaced new seals.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000003



**STUDY TITLE**

EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER AGAINST
MICE / RATS

**OBJECT**

TESTING ULTRASONIC PEST REPELLER AGAINST RATS / MICE IN LABORATORY ENVIRONMENT.
CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUIDNG 2 DAYS PRLIMINARY
TEST, 7 DAYS DUIRNG TEST AND 2 DAYS POST TEST IN RATS / MICE, THIS IS TO MEASURE THE
EFFICACY OF HIGH-FREQUENCY SOUND AS A PEST MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (DB) ARE IMPORTANT PARAMETERS.

**MATERIALS**

| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
|---|---|
| TEST ARTHROPODS | ADULT & HEALTHY RATS AND MICE |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

**METHODS**

*Summary*
7 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4 feet
(W) x 1.5 feet (H). Ultrasonic Pest Repeller is placed at Chamber A, Chamber B has no ultrasonic pest
repeller. Both sides have equal amount of food and water. Rats and Mice will be recorded at 24 hour
intervals for 11 days, including 7 days (or 168 hours) + 2 days Preliminary Testing and 2 days Post Testing.
The number of rats / mice will be recorded in each chamber. Any rats / mice are found in Chamber B (no
ultrasonic pest repeller) will be counted as repelled. Any rats / mice remain in Chamber A (with
ultrasonic pest repeller) will be counted as not repelled.

To determine the efficacy of the Bell + Howell Ultrasonic Pest Repeller for repelling rats and mice. This
device is tested over a 24 hours interval and 7 days (or 168 hours) period in a laboratory environment. The
test was preceded by a two-day preliminary test to ensure that the test apparatus and the selected food
functioned properly.

*Test sample*
The test sample will be stored in a locked cabinet at ambient temperature and humidity until use
in the study.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the
limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the
consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is
to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000004



*Preparation and Handling of Rats / Mice*

10 Mixed Sex Adult Rats and 10 Mixed Sex Adult Mice will be used for both the control test and active test. As rats are larger and far more aggressive than mice, they can, and often do, kill mice. This is known as muricide. Muricide is a form of predatory behavior by which rats hunt, kill and eat mice. Therefore the testing of rats and mice must be conducted separately in different times.



*Rat*

*Mouse*

*Construction of Test Chambers*

The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). In between, there is a 7 feet long plastic tunnel to connect two chambers on each side, the rats and mice will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the tunnel.



This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000005



*Food and Water Consumption*
Rats eat a wide variety of food. They mostly prefer grain, livestock feed, and meat. The rat's primary consumption comes in the form of water. Rats need 1/2 to 1 ounce of water daily. An equal amount of food and water will be placed in each chamber, including a mixture of grain and meat. Food and water will be refilled and recorded daily.

Mice prefer pellet- and seed-based food. Mice generally eat food common to the rodent family, (rats, hamsters, gerbils, etc.), which typically includes pellet- and seed-based food. An equal amount of food and water will be placed in each chamber. The quantity of food and water will be refilled and recorded daily.

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout a 7-day (or 168 hours) period. The data will be used to identify changes in the eating behavior of mice and rats due to the impact of the Ultrasonic Pest Repeller.

*Fecal pellet counts & Urine spots*
Record and tract fecal pellets and urine spots on a 24 hours interval and 2 days Preliminary Testing, 7 days (or 168 hours) During Testing and 2 days Post Testing period in each chamber. This data will aid in understanding additional behavioral changes resulting from the Ultrasonic Pest Repeller.

*Preliminary Testing*
Rats/Mice activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller will be turned "off" during preliminary testing. The release of rats and mice in Chamber A and Chamber B will be proportionate, with 50% of rats and mice distributed in each chamber.

The Preliminary Test will consist of 10 mixed sex adult rats and 10 mixed sex adult mice. The rats and mice will be each allotted 2 days (48 hours) to move freely around chamber A, Chamber B and inside the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

*Observation of Repellency (During Testing)*
Release 50% of rats in Chamber A, and another 50% of mice in Chamber B. Turn On Ultrasonic Pest Repeller. Rats and mice will be recorded at 24 hour intervals for 7 days (or 168 hours). Any rats and mice that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any rats and mice stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

The actual control and non-control test will consist of 10 mixed sex adult rats and 10 mixed sex adult mice. The rats and mice will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000006



*Post Testing*

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of rats and mice in Chamber A, release another 50% of rats and mice in Chamber B.

The Post Test consists of 10 mixed sex adult rats and 10 mixed sex adult mice. The rats and mice are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the tunnel.

No change is made in the rats / mice population. Rats and mice quantity should remain the same.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000007



**Testing device dimension (refer to below following figures)**

Testing device for RATS:



Testing device for MICE:



**Note:** Distance between the two devices was about 20 m

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000008

# SGS



RATS TESTING DEVICE  OVERLOOK



SGS UN-REMOVABLE SEAL LABEL



MICE TESTING DEVICE  OVERLOOK



SGS UN-REMOVABLE SEAL LABEL

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000009

Test Result Data Measurement – RATS

| RATS | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | | SWITCH OFF | |
| | | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | 1-Dec-11 | 2-Dec-11 | 3-Dec-11 | 4-Dec-11 | 5-Dec-11 | 6-Dec-11 | 7-Dec-11 | 8-Dec-11 | 9-Dec-11 | 10-Dec-11 | 11-Dec-11 |
| Observe Time | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 7 |
| | consumed food(g) | 36 | 20 | 1 | 7 | 3 | 7 | 10 | 11 | 6 | 151 | 172 |
| | consumed water(ml) | 356 | 181 | 62 | 64 | 25 | 26 | 31 | 44 | 44 | 214 | 88 |
| Chamber B | quantity | 5 | 5 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | 0 |
| | consumed food(g) | 49 | 116 | 142 | 137 | 202 | 166 | 221 | 156 | 203 | 156 | 181 |
| | consumed water(ml) | 512 | 191 | 387 | 360 | 266 | 245 | 343 | 344 | 301 | 215 | 90 |

Note:
1. Found 1rat escaped and 2 rats died at the night of 02-Dec-2011(preliminary testing), added the new rats next day(on the first day of during testing).
2. Found water spilled into food dish in Chamber A&B on 02-Dec-2011, and Chamber B food weight added 49 g.



This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000010





**Rats testing status**



**Rats testing status**

SGS

Page 9 of 17

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000011



Test Result Data Measurement – MICE

| MICE | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | SWITCH OFF | |
| | | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | 1-Dec-11 | 2-Dec-11 | 3-Dec-11 | 4-Dec-11 | 5-Dec-11 | 6-Dec-11 | 7-Dec-11 | 8-Dec-11 | 9-Dec-11 | 10-Dec-11 | 11-Dec-11 |
| Observe Time | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | 2 | 5 | 0 | 1 | 2 | 1 | 1 | 1 | 0 | 6 | 8 |
| | consumed food(g) | 67 | 51 | 7 | 14 | 7 | 7 | 4 | 5 | 4 | 22 | 21 |
| | consumed water(ml) | 62 | 28 | 23 | 21 | 25 | 11 | 10 | 24 | 29 | 35 | 27 |
| Chamber B | quantity | 8 | 5 | 10 | 9 | 8 | 9 | 9 | 9 | 10 | 4 | 2 |
| | consumed food(g) | 46 | 17 | 27 | 23 | 32 | 35 | 23 | 36 | 44 | 16 | 18 |
| | consumed water(ml) | 109 | 35 | 41 | 31 | 30 | 17 | 20 | 42 | 44 | 37 | 30 |

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm . Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to the Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000012

SGS



**Mice testing status**



**Mice testing status**

SGS-F-07PS-05-01-CTS V06

Page 11 of 17

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000013



## RATS/MICE FECAL PELLET & URINE SPOTS RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER : A ( W/ PEST PELLER ) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 1-Dec-11 | MICE | Little | More |
| | | | RATS | Equal | Equal |
| | | 2-Dec-11 | MICE | More | Little |
| | | | RATS | Equal | Equal |
| DURING TESTING | SWITCH ON | 3-Dec-11 | MICE | Little | More |
| | | | RATS | Little | More |
| | | 4-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 5-Dec-11 | MICE | Very little | More |
| | | | RATS | Little | More |
| | | 6-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 7-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 8-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 9-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| POST TESTING | SWITCH OFF | 10-Dec-11 | MICE | Equal | Equal |
| | | | RATS | Equal | Equal |
| | | 11-Dec-11 | MICE | Equal | Equal |
| | | | RATS | Equal | Equal |

Note:
    Fecal pellet and urine spots are observed and witnessed by eyes.  Due to tiny and irregular sizes, rat and
    mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three
    levels -- little, very little and more.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the
limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the
consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is
to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of this content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000014

**SGS**



DEVICE WITH FOOD AND WATER



ONLY ONE PET REPELLER IN THE DEVICE



CHAMBER A



CHAMBER B



SGS SEAL LABEL

SGS SEAL LABEL

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000015

# SGS




RATS TESING DEVICE OVERLOOK  RATS TESING DEVICE OVERLOOK




STATUS UNDER REPELLER SWITCHED OFF STATUS UNDER REPELLER SWITCHED OFF




STATUS UNDER REPELLER SWITCHED ON STATUS UNDER REPELLER SWITCHED ON

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained herein is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC 000016

# SGS



MICE TESING DEVICE OVERLOOK



MICE TESING DEVICE OVERLOOK



STATUS UNDER REPELLER SWITCHED OFF



STATUS UNDER REPELLER SWITCHED OFF

STATUS UNDER REPELLER SWITCHED ON

STATUS UNDER REPELLER SWITCHED ON

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000017

**SGS**



WATER GROSS WEIGHT CHECK



RENOVATE WATER WEIGHT



FOOD GROSS WEIGHT CHECK



RENOVATE FODD WEIGHT



SPRINKLE FOOD



FOOD & WATER IN CHAMBER

　　　　SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined thereon.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000018



Note:
In accordance with Client's instructions, the Company's involvement has been limited to witnessing/observing a third party's intervention(s) at the facilities where the intervention(s) took place. The Company's sole responsibility was to be present at the time of the third party's intervention(s) and to confirm and report the occurrence of the intervention(s). The Company is not responsible for methods applied, the qualifications, actions or omissions of the third party's personnel or the results or effectiveness of the intervention(s).

SGS Inspector:    ZHIYONG LIU                     Factory Representative:    _____

**End of Report**

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000019

# RATS/MICE TEST REPORT
# RESULT ANALYSIS

December 19, 2011

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber is 4' x 4' x 1.5'.
- Pest Repeller was placed in chamber A.
- In between, there is a 7 feet long plastic tunnel. The tunnel is "curved" and two chambers are designed in HI-LO level. The curved and Hi-Lo tunnel design is to further ensure ultrasonic sound wave will not enter from chamber A into chamber B since sound wave is very directional.
- All edges are sealed securely with SGS unbreakable labels. Only SGS inspector could open the chambers to count rats/mice quantities, weight food and water and replace new seals on a daily basis.
- Total 10 mixed rats and 10 mixed mice were used, and tested separately in different chambers.
- Released 50% of rats/mice in chamber A, and another 50% of rats/mice in Chamber B at the beginning of the test.
- There were 3 testing stages;
    - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
    - During Testing: 7 days = 168 hours,  pest repeller was ON
    - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Rats – Test Result Analysis (see page 8)**
- From the 1st day to 7th day During Testing, 100% rats stayed away from pest repeller chamber through the entire time, pest repeller was on.
- Some rats stayed or returned to the pest repeller chamber during Preliminary and Post Testing, pest repeller was off.
- Water and food consumption was much LESS in the pest repeller chamber During Testing, pest repeller was on. The consumption became more EVEN in two chambers during Preliminary and Post Testing,  pest repeller was off. To record water and food consumption result on a daily basis helps to understand rats' eating behavior under the influence of ultrasonic sound.

**Mice – Test Result Analysis (see page 10)**
- Average 90% ~ 100% mice stayed away from pest repeller chamber During Testing (pest repeller was on).
- Some mice stayed or returned to the pest repeller chamber during Preliminary and Post testing (pest repeller was off).
- Water and food consumption was much LESS in the pest repeller chamber During Testing, pest repeller was on. The consumption became more EVEN in two chambers during Preliminary and Post Testing,  pest repeller was off. To record water and food consumption result on a daily basis helps to understand mice's eating behavior under the influence of ultrasonic sound.

**Fecal Pellet and Urine Spots (see page 12)**
- To trace and record rats and mice's fecal pellet ad urine spots on a daily basis is to further understand rats and mice's activities and behaviors under the influence of ultrasonic sound.
- When pest repeller was on During Testing; fecal pellet and urine spots appeared to be much LESS quantities in the pest repeller chamber.
- When pest repeller was off during Preliminary and Post Testing, fecal pellet and urine spots quantities appeared to be more EVEN in two chambers.

BHH, LLC.000020



SGS-CSTC Shenzhen Branch
7/F, SGS Building No. 4, Jianghao Industry Park, No. 430, Jihua Road,
Bantian Town, Longgang District, Shenzhen, China. P.C: 518129 Tel:86 755 25328888 / 83114358   Fax:86 755 83139706 / 83139732

# WITNESS TEST REPORT

**Report No.:  SZXWT00603439**

| To   : | INTELLITEC INTERNATIONAL INC. | Date: | 23-MAR-2012 |
|---|---|---|---|
| Att  : | DEBBIE FEUERSTEIN | | |
| From : | Mei Lv | E-mail : | Mei.Lv@sgs.com |

| | | | |
|---|---|---|---|
| SGS File No.: | CNDGG50041547 | Testing Device  Overlook | |
| Buyer : | VAN HAUSER<br>230, FIFTH AVENUE, NEW YORK, NY 10001, USA |  | |
| Supplier : | INTELLITEC INTERNATIONAL INC. | | |
| Manufacturer : | INTELLITEC INTERNATIONAL INC. | | |
| Style Number: | Nil | | |
| Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | | |
| Service Style  : | TESTING WITNESS | | |
| Service Date : | From 10-MAR-2012 to 21-MAR-2012 | | |
| Testing Location : | DONGGUAN, CHINA | | |

**Testing Criteria**

| Testing sample provided by | By Supplier(see protocol) |
|---|---|
| Client instruction/specification | Yes(see protocol) |
| SGS WI number | N/A |
| Other | |

## Comments / Remarks: (Reason)

- Canceled bread and white granulated sugar (as food) for spiders on 12-Mar-2012, as spiders were not eating & drinking.
- Each spider chambers provided 10 recently dead roaches as food for spiders on a daily basis. Used soaked sponges to feed spiders water.
- Four edges of all chambers were sealed by SGS inspectors with un-removable seal labels and chopped with SGS stamp.  Each day after counting spiders/ants/roaches quantities and weighting water, SGS inspector replaced new seals.

Page 1 of 19

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000021



## STUDY TITLE

EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER
AGAINST
ANTS / SPIDERS / ROACHES

## OBJECT

TESTING ULTRASONIC PEST REPELLER AGAINST ANTS / SPIDERS / ROACHES IN LABORATORY
ENVIRONMENT. CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUIDNG 2 DAYS
PRLIMINARY TEST, 7 DAYS DUIRNG TEST AND 2 DAYS POST TEST. THIS IS TO MEASURE THE EFFICACY OF
HIGH-FREQUENCY SOUND AS A PEST MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (dB) ARE IMPORTANT PARAMETERS.

## MATERIALS

| | |
|---|---|
| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TEST ARTHROPODS | HEALTHY ANTS,SPIDERS & ROACHES |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

## METHODS

### Summary

8.5 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4
feet (W) x 1.5 feet (H). Ultrasonic Pest Repeller is placed at Chamber A, Chamber B has no ultrasonic pest
repeller. Both sides have equal amount of food and water. Ants, Spiders and Roaches will be recorded at
24 hour intervals for total 11 days (or 264 hours). The number of ants / spiders / roaches will be recorded
in each chamber. Any ants / spiders / roaches are found in Chamber B (no ultrasonic pest repeller) will be
counted as repelled. Any ants / spiders / roaches remain in Chamber A (with ultrasonic pest repeller) will
be counted as not repelled.

To determine the efficacy of the Bell + Howell Ultrasonic Pest Repeller for repelling ants, spiders and
roaches. This device is tested over a 24 hours interval and total 11 days (or 264 hours) period in a
laboratory environment. The test was preceded by a two-day preliminary test to ensure that the test
apparatus and the selected food functioned properly.

### Test sample

The test sample will be stored in a locked cabinet at ambient temperature and humidity until use in the
study.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the
limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the
consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is
to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000022



### *Preparation and Handling of Ants / Spiders / Roaches*

20 ants, 20 spiders and 20 roaches will be used for both the control test and active test. As spiders are larger and far more aggressive than ants and roaches, they can, and often do, kill smaller pests like ants and roaches. Therefore the testing of spiders and ants/roaches must be conducted separately in different times.

Most of the spiders that have been studied so far seem to have similar dietary and digestive patterns The first thing that should be stressed is that spiders will only eat living prey (or perhaps very recently killed ones), and the majority of spiders feed on insects, therefore recently dead roaches were used as food for spiders. In order to prevent spiders eat ants and roaches, the testing will be conducted separately, spiders in one testing chamber, ants and roaches together at the other chamber.



### *Construction of Test Chambers*

The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). In between, there is a 8.5 feet long plastic tunnel to connect two chambers on each side, ants, spiders and roaches will each be given 11 days (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000023





### *Food and Water Consumption*

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout a 11-day (264 hours) period. The data will be used to identify changes in the eating behavior of ants, spiders and roaches due to the impact of the Ultrasonic Pest Repeller.

### *Fecal pellet counts*

Record and trace fecal pellets of roaches on a 24 hours interval and 11 days (264 hours) period in each chamber. Neither fecal pellet nor urine spots for ants & spiders. This data will aid in understanding additional behavioral changes resulting from the Ultrasonic Pest Repeller.

### *Preliminary Testing*

Ants / Spiders / Roaches activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller will be turned "off" during preliminary testing. The release of Ants, Spiders and Roaches in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000024



The Preliminary Test will consist of 20 ants, 20 spiders and 20 roaches. The pests will be each allotted 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel prior to the introduction of the Ultrasonic Pest Repeller.

### *Observation of Repellency (During Testing)*

Release 50% of ants, spiders and roaches in Chamber A, and another 50% of ants, spiders and roaches in Chamber B. Turn On Ultrasonic Pest Repeller. Ants, Spiders and Roaches will be recorded at 24 hour intervals for 7 days (or 168 hours). Any ants, spiders and roaches that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any ants, spiders and roaches stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

The During Testing will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is ON.

### Post Testing

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of ants, spiders and roaches in Chamber A, release another 50% of ants, spiders and roaches in Chamber B.

The Post Test will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is OFF.

No change is made in the ants, spiders and roaches population; the quantity should remain the same.

## DATA ANALYSIS

The number of ants, spiders and roaches repelled and not repelled will be analyzed to determine the percent repellency.

All data should be recorded for 2 days (48 hours) Preliminary Test, 7 days (168 hours) of During Test, and 2 days (48 hours) of Post Test.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000025



**Testing device dimension (refer to below following figures)**

Testing device for **spider**:



Testing device for **roaches and ants**:



**Note:** Distance between the two devices was about 20 meters.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000026

# SGS



SPIDER TESTING DEVICE OVERLOOK



SGS UN-REMOVABLE SEAL LABEL



ROACHES AND ANTS DEVICE OVERLOOK



SGS UN-REMOVABLE SEAL LABEL

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000027



Test Result Data Measurement –Spider

| SPIDER | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | SWITCH OFF | |
| | | +48Hrs (-2 Day) | +24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | 11-Mar-12 | 12-Mar-12 | 13-Mar-12 | 14-Mar-12 | 15-Mar-12 | 16-Mar-12 | 17-Mar-12 | 18-Mar-12 | 19-Mar-12 | 20-Mar-12 | 21-Mar-12 |
| Observe Time | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | 10 | 10 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 8 | 11 |
| | consumed food(unit) | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 4 |
| | consumed water(ml) | 39 | 16 | 18 | 10 | 13 | 8 | 9 | 3 | 8 | 43 | 53 |
| Chamber B | quantity | 10 | 10 | 19 | 18 | 19 | 20 | 20 | 20 | 20 | 12 | 9 |
| | consumed food(unit) | 3 | 2 | 4 | 4 | 5 | 6 | 6 | 7 | 7 | 4 | 4 |
| | consumed water(ml) | 28 | 13 | 24 | 59 | 36 | 56 | 39 | 47 | 51 | 51 | 46 |

Note:
-Canceled bread and white granulated sugar (as food) for spiders on 12-Mar-2012.
-Each spider chambers provided 10 recently dead roaches as food for spiders on a daily basis.
-Socked sponges in the water, this helps spiders drinking water easier.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000028



SPIDER TESTING STATUS



SPIDER TESTING STATUS

SGS

SGS-F-OPS-05-01-CTS V06

Page 9  of  19

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000029

**Test Result Data Measurement –Roaches and Ants**

| ROACHES & ANTS | | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | | 11-Mar-12 | 12-Mar-12 | 13-Mar-12 | 14-Mar-12 | 15-Mar-12 | 16-Mar-12 | 17-Mar-12 | 18-Mar-12 | 19-Mar-12 | 20-Mar-12 | 21-Mar-12 |
| Observe Time | | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | ANTS | 10 | 10 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 8 | 9 |
| | | ROACHES | 7 | 10 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 11 | 8 |
| | consumed food(g) | | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 5 |
| | consumed water(ml) | | 7 | 3 | 1 | 4 | 3 | 2 | 1 | 2 | 0 | 8 | 12 |
| Chamber B | quantity | ANTS | 10 | 10 | 19 | 19 | 19 | 20 | 20 | 20 | 20 | 12 | 11 |
| | | ROACHES | 13 | 10 | 20 | 18 | 19 | 20 | 20 | 20 | 20 | 9 | 12 |
| | consumed food(g) | | 1 | 2 | 2 | 4 | 5 | 2 | 3 | 4 | 4 | 2 | 5 |
| | consumed water(ml) | | 5 | 6 | 5 | 8 | 14 | 5 | 9 | 13 | 10 | 7 | 10 |

- Feed bread & granulated sugar (as food) for ants and roaches.
- Equal amount of food & water were prepared at each chamber daily.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.



BHH, LLC.000030



roaches and ants testing status



roaches and ants testing status

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within
the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

SGS

BHH, LLC.000031



## ROACHES FECAL PELLET RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER : A ( W/ PEST PELLER ) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 11-Mar-12 | roaches | Equal | Equal |
| | | 12-Mar-12 | roaches | Equal | Equal |
| DURING TESTING | SWITCH ON | 13-Mar-12 | roaches | Very little | More |
| | | 14-Mar-12 | roaches | Very little | More |
| | | 15-Mar-12 | roaches | Very little | More |
| | | 16-Mar-12 | roaches | No | More |
| | | 17-Mar-12 | roaches | No | More |
| | | 18-Mar-12 | roaches | No | More |
| | | 19-Mar-12 | roaches | No | More |
| POST TESTING | SWITCH OFF | 20-Mar-12 | roaches | Equal | Equal |
| | | 21-Mar-12 | roaches | Equal | Equal |

**Note:**
- Only fecal pellet of roaches can be observed and witnessed, due to tiny and irregular sizes, fecal pellet were not easy to count, therefore quantity difference is described by three levels – little, very little and more.
- There were no fecal pellet found for spiders & ants.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000032

# SGS



DEVICE OVERLOOK



ONLY ONE PEST REPELLER IN DEVICE



CHAMBER A



CHAMBER B



SGS SEAL LABEL



SGS SEAL LABEL

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000033

# SGS



PEST REPELLER



PEST REPELLER



PEST REPELLER



PEST REPELLER



SGS SEAL ON PEST REPELLER



SGS SEAL ON PEST REPELLER

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000034

**SGS**



SPIDER DEVICE OVERLOOK



SPIDER DEVICE OVERLOOK



STATUS UNDER REPELLER SWITCHED OFF
(CHAMBER A)



STATUS UNDER REPELLER SWITCHED OFF
(CHAMBER B)



STATUS UNDER REPELLER SWITCHED
ON(CHAMBER A)



STATUS UNDER REPELLER SWITCHED
ON(CHAMBER B)

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the
limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the
consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is
to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000035

# SGS

 

ROACHES AND ANTS DEVICE OVERLOOK  ROACHES AND ANTS DEVICE OVERLOOK

 

STATUS UNDER REPELLER SWITCHED  STATUS UNDER REPELLER SWITCHED
OFF(CHAMBER A)  OFF(CHAMBER B)

 

STATUS UNDER REPELLER SWITCHED  STATUS UNDER REPELLER SWITCHED
ON(CHAMBER A)  ON(CHAMBER B)

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000036

**SGS**



SOAKED SPONGE TO MEASURE WATER
CONSUMPTION FOR SPIDERS



SOAKED SPONGE TO MEASURE WATER
CONSUMPTION FOR SPIDERS



ROACHES AND ANTS WATER GROSS WEIGHT
CHECK



ROACHES AND ANTS RENOVATE WATER
WEIGHT



ROACHES AND ANTS FOOD GROSS WEIGHT
CHECK



ROACHES AND ANTS RENOVATE FOOD WEIGHT

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000037



SPIDER STATUS

SPIDER STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000038



Note:
In accordance with Client's instructions, the Company's involvement has been limited to witnessing/observing a third party's intervention(s) at the facilities where the intervention(s) took place. The Company's sole responsibility was to be present at the time of the third party's intervention(s) and to confirm and report the occurrence of the intervention(s). The Company is not responsible for methods applied, the qualifications, actions or omissions of the third party's personnel or the results or effectiveness of the intervention(s).

SGS Inspector:   ZHIYONG LIU_____   Factory Representative:   _____

**\*\*End of Report\*\***

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000039

# 2012 SPIDERS / ANTS / ROACHES TEST REPORT RESULT ANALYSIS

March 27, 2012

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber was 4' (L) x 4' (W) x 1.5' (H).
- Pest Repeller was placed in chamber A. There was no pest repeller in Chamber B.
- In between, there was a 8.5 feet long plastic tunnel. The tunnel was "curved" and two chambers were designed in Hi-Lo level. The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with SGS unbreakable labels. Only SGS inspector could open the chambers to count ants / spiders / roaches quantities, weighted food and water and replaced new seals on a daily basis.
- Total 20 ants, 20 spiders and 20 roaches were used, and tested separately in different chambers.
- Released 50% of ants / spiders / roaches in chamber A, and another 50% of ants / spiders / roaches in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  - During Testing: 7 days = 168 hours,  pest repeller was ON
  - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis (see page 8)**

**Spiders**
- Preliminary Testing: 50% spiders stayed in Chamber A, 50% spiders stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 90%~95% spiders stayed away from Chamber A, Day 4 ~ Day 7, 100% spiders stayed away from Chamber A. Pest repeller was switched ON in Chamber A during testing.
- Post Testing: 40% ~ 55% spiders returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off. To record water and food consumption result on a daily basis helped to understand spiders' eating behavior under the influence of ultrasonic sound.

**Ants – Test Result Analysis (see page 10)**
- Preliminary Testing: 50% ants stayed in Chamber A, 50% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 95% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A. Pest repeller was switched on in Chamber A during testing.
- Post Testing: 40% ~ 45% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off. To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

**Roaches – Test Result Analysis (see page 10)**
- Preliminary Testing: 35% ~ 50% roaches stayed in Chamber A, 50% ~ 65% roaches stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 90 % ~ 95% roaches stayed away from Chamber A, Day 4 ~ Day 7, 100% roaches stayed away from Chamber A.  Pest repeller was switched on in Chamber A during testing.
- Post Testing:  40% ~ 55% roaches returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on.  The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand roaches' eating behavior under the influence of ultrasonic sound.

**Fecal Pellets Count (see page 12)**
- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets from roaches, but no urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from spiders and ants during the entire testing period.

BHH, LLC.000041

# BELL + HOWELL ULTRASONIC PEST REPELLER

## EFFICACY TEST REPORT





# TEST REPORT

### Report Number: 140515021GZU-002
### Issued Date: July 7, 2014

| | | |
|---|---|---|
| **Applicant** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit201 Yuekai Commercial Building,NO28,Dongyuan Road,Changping Town,Dongguan |
| **Manufacturer** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit201 Yuekai Commercial Building,NO28,Dongyuan Road,Changping Town,Dongguan |

**Specimen Description**

| | | |
|---|---|---|
| Product | : | BELL + HOWELL Ultrasonic Pest Repeller |
| Style Number | : | 50167 |
| Sample Received Date | : | Provided by applicant on May 16,2014 |
| Quantity of Sample | : | 1 piece |

**Test Content**

| | | |
|---|---|---|
| Date Test Conducted | : | From May 16, 2014 to May 27, 2014 |
| Test Requested | : | Witness for performance testing - Ants, Spiders and Roaches |
| Test Standard/Method | : | According to client's requirement. |
| Test Location | : | Dongguan, Guangdong, China |
| **Test Results** | : | Please see the following pages for details |

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:                                    Reviewed by:

*Leo Lin*                                        *Sam Lin*

Leo Lin                                          Sam Lin
Engineer                                         Supervisor

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.

BHH, LLC.000043



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## SAMPLE INFORMATION

One BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.

| Sample Outlook |
|---|



BLANK

******************************************** **End of Page** ********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com        GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000044



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## TEST OBJECT

Testing Ultrasonic Pest Repeller against Ants, Spiders and Roaches in laboratory environment, conducting observations in total 11 days period, including 2 days <u>Preliminary test</u>, 7 days <u>During test</u> and 2 days <u>Post test</u>. This is to measure the efficacy of high-frequency sound as a pest management tool. Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

### 1. Prepare test chambers, test pests and food/water

Test chambers consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). There is an 8.5 feet long plastic tunnel to connect the two chambers. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Test pests consisted of 10 ants, 10 spiders and 10 roaches. All of them were adult and healthy.

Placed an equal amount of food and water in chamber A and chamber B. Used granulated sugar as food. Socked sponges in the water, this helps test pests drinking water easier. 20g food and 40g water were prepared in each chamber daily during the test.

### 2. Preliminary Testing

Test pests' activity was documented before and after device installation. To observe general activity, a Preliminary Testing was conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of test pests in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber. The test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH, LLC.000045



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## TEST PROCEDURE (continued)

### 3. Observation of Repellency (During Testing)

Turn On Ultrasonic Pest Repeller. Test pests were recorded at a 24 hours intervals for 7 days
(or 168 hours). Any test pests that stay in the Chamber B (without ultrasonic pest repeller) were counted
as repelled. Any test pests stay in Chamber A (with ultrasonic pest repeller) were counted as not
repelled. The test pests were given 7 days (168 hours) to move freely around Chamber A and Chamber
B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 4. Post Testing

To observe general activity, a post testing was conducted to ensure the test apparatus and the
selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. The
test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 5. Testing record

During total of 11 days (264 hours) testing period, record below items at a 24hours interval.

1. The quantity of ants/spiders/roaches in each chamber. No change was made in the rats/mice population.
2. The consumption of food and water in each chamber.
3. The fecal pellet counts & Urine spots in each chamber.

********************************************* End of Page *********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688 Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000046

INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

**TEST RESULT**

| Spider/Roaches/Ants | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | | SWITCH OFF | |
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM |
| Chamber A (W/Pest Repeller) | Quantity Spider | 3 | 3 | 3 | 1 | 2 | 1 | 1 | 0 | 0 | 3 | 4 |
| | Roaches | 7 | 6 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 5 |
| | Ants | 4 | 6 | 4 | 1 | 0 | 1 | 0 | 0 | 0 | 6 | 7 |
| | Consumed food(g) | 0.6 | 1.6 | 0 | 0 | 0 | 0.2 | 0 | 0 | 0.2 | 0.2 | 0.6 |
| | Consumed water(ml) | 3.2 | 9.2 | 6.2 | 2.6 | 3 | 1.6 | 2.8 | 1.6 | 1.8 | 4.6 | 4.6 |
| Chamber B | Quantity Spider | 7 | 7 | 7 | 9 | 8 | 9 | 9 | 10 | 10 | 7 | 6 |
| | Roaches | 3 | 4 | 5 | 10 | 9 | 10 | 10 | 10 | 10 | 8 | 5 |
| | Ants | 6 | 4 | 6 | 9 | 10 | 9 | 10 | 10 | 10 | 4 | 3 |
| | Consumed food(g) | 0.2 | 1.0 | 0.2 | 0.2 | 0.4 | 0.8 | 0.6 | 0.4 | 0.6 | 0.4 | 0.2 |
| | Consumed water(ml) | 1.4 | 8.0 | 9.2 | 4.4 | 5.2 | 3.4 | 4.0 | 4.4 | 3.6 | 3.6 | 3.0 |

Note:  Found 1 spider, 1 roach & 2 ants dead on 17-May-2014; 1 roach & 2 ants dead on 18-May-2014; 1 roach dead on 19-May-2014. Added new spiders, roaches & ants next day.

************************************************ **End of Page** ************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch.
Room 02, 1-9/F & Room 01, E101/E501/E601E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688   Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000047



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## TEST RESULT (Continued)

For Roaches fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A (W/ PEST PELLER ) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 17-May-14 | ROACHES | Equal | Equal |
| | | 18-May-14 | ROACHES | Equal | Equal |
| DURING TESTING | SWITCH ON | 19-May-14 | ROACHES | Equal | Equal |
| | | 20-May-14 | ROACHES | Little | More |
| | | 21-May-14 | ROACHES | Little | More |
| | | 22-May-14 | ROACHES | Little | More |
| | | 23-May-14 | ROACHES | Little | More |
| | | 24-May-14 | ROACHES | Little | More |
| | | 25-May-14 | ROACHES | Little | More |
| POST TESTING | SWITCH OFF | 26-May-14 | ROACHES | Little | More |
| | | 27-May-14 | ROACHES | Equal | Equal |

Note:

Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, Ants, Spiders and Roaches' fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.

**************************************** **End of Page** ****************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch.
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com      GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000048



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

### Appendix I



| Testing device overlook | Intertek sealed label |
| Status under repeller switch off (chamber B) | Status under repeller switch off (chamber A) |
| Status under repeller switch on (chamber B) | Status under repeller switch on (chamber A) |

************************************************ **End of Page** ************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com        GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000049



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

### Appendix II



| Food weigh | Consumption of food check |
|---|---|
| Water weigh | Consumption of Water check |

*********************************** **End of Page** ***********************************

BHH, LLC.000050



| | INTELLITEC | 140515021GZU-002 |
|---|---|---|
| | INTERNATIONAL | |
| | INC. | |

**Appendix III**



Testing device dimension

Ants/spiders/roaches

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH, LLC.000051



**INTELLITEC**
**INTERNATIONAL**
**INC.**

140515021GZU-002

## REVISION SUMMARY

| Date | Project Handler Reviewer | Page | Description of Change |
|------|--------------------------|------|------------------------|
| 2014-7-7 | | | Initial release |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH, LLC.000052

# 2015 RATS/ MICE TEST REPORT RESULT ANALYSIS

July 7, 2014

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber was 4' (L) x 4' (W) x 2' (H).
- Ultrasonic Pest Repeller was placed in chamber A. There was no Ultrasonic pest repeller in Chamber B.
- In between, there was an 8.5 feet long plastic tunnel. The tunnel was "curved" and two chambers were designed in Hi-Lo level. The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with Intertek unbreakable labels. Only Intertek inspector could open the chambers to rats/ mice quantities, weighted food and water and replaced new seals on a daily basis.
- Total 10 rates and 10 mice   were used, and tested separately in different chambers.
- Released 50% of rats / mice in chamber A, and another 50% of rats / mice in Chamber B at the beginning of the test.
- There were 3 testing stages;
  ○ Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  ○ During Testing: 7 days = 168 hours,   pest repeller was ON
  ○ Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis**

**Rats (see page 5)**
- Preliminary Testing: 40%~60% rates stayed in Chamber A, 60%~40% rates stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 60%~90% rats stayed away from Chamber A, Day 4 ~ Day 7, 100% rates stayed away from Chamber A. Pest repeller was switched ON in Chamber A during testing.
- Post Testing:   30% ~ 60% rates returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off. To record water and food consumption result on a daily basis helped to understand rates' eating behavior under the influence of ultrasonic sound.

**Mice – (see page 6)**
- Preliminary Testing: 40%~50% Mice stayed in Chamber A, 60%~50% Mice stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 80% ~ 90% mice stayed away from Chamber A, Day 4 ~ Day 7, 90% ~ 100% mice stayed away from Chamber A. Pest repeller was switched on in Chamber A during testing.
- Post Testing: 40% ~ 60% Mice returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

BHH, LLC.000053

**Fecal Pellets Count (see page 7)**

- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets and urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from rats and mice during the entire testing period.

BHH, LLC.000054



# TEST REPORT

### Report Number: 140515021GZU-001
### Issued Date: July 7, 2014

| | | |
|---|---|---|
| **Applicant** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit 201 Yuekai Commercial Building,NO28,Dongyuan Road, Changping Town, Dongguan |
| **Manufacturer** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit 201 Yuekai Commercial Building,NO28,Dongyuan Road, Changping Town, Dongguan |

**Specimen Description**

| | | |
|---|---|---|
| Product | : | BELL + HOWELL Ultrasonic Pest Repeller |
| Style Number | : | 50167 |
| Sample Received Date | : | Provided by applicant on May 16,2014 |
| Quantity of Sample | : | 2 pieces. |

**Test Content**

| | | |
|---|---|---|
| Date Test Conducted | : | From May 16, 2014 to May 27, 2014 |
| Test Requested | : | Witness for performance testing -- Rats and Mice |
| Test Standard/Method | : | According to client's requirements. |
| Test Location | : | Dongguan, Guangdong, China |

| | | |
|---|---|---|
| **Test Results** | : | See the following pages for details. |

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:

*Leo Lin*

Leo Lin
Engineer

Reviewed by:

*Sam Lin*

Sam Lin
Supervisor

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report ' means the test item is subcontracted.

BHH, LLC.000055



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

### SAMPLE INFORMATION

Two BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.



Sample outlook

BLANK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH, LLC.000056



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## TEST OBJECT

Test Ultrasonic Pest Repeller against rats and mice in laboratory environment, conducting observations in total 11 days period, including 2 days Preliminary test, 7 days During test and 2 days Post test. This is to measure the efficacy of high-frequency sound as a pest management tool.
Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

### 1. Prepare test Chamber, rats/mice and food/water

Test chambers of rat consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 2 feet (H). There is an 8.5 feet long plastic tunnel to connect these two chambers. Test chambers of mice are same except for the height of chamber is 1.5 feet. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Prepared 10 rats and 10 mice. All of them were adult and healthy. As rats are larger and far more aggressive than mice, they can, and often do, kill mice. Therefore the testing of rats and mice was conducted separately.

Placed an equal amount of food and water in chamber A and chamber B. Used the mixture of rice, corn flour and soybean particle as food for rats and mice and used tap water. During the test, 500g food and 400g water for rats, 100g food and 100g water for mice were prepared in each chamber daily.

### 2. Preliminary Testing

Rats and mice's activity was documented before and after device installation. To observe general activity, conducted a Preliminary Testing before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of rats and mice in Chamber A and Chamber B was proportionate, with 50% of rats and mice distributed evenly in each chamber. Rats and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
*********************************************** **End of Page** ***********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688 Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000057

 **INTELLITEC**
**INTERNATIONAL**
**INC.**

140515021GZU-001

## TEST PROCEDURE (continued)

### 3. Observation of Repellency (During Testing)

Turn On Ultrasonic Pest Repeller. Rats and mice were recorded at 24 hour intervals for 7 days
(or 168 hours). Any rats and mice that stay in the Chamber B (without ultrasonic pest repeller) were
counted as repelled. Any rats and mice stay in Chamber A (with ultrasonic pest repeller) were counted
as not repelled. Rats and mice were given 7 days (168 hours) to move freely around Chamber A
and Chamber B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 4. Post Testing

To observe general activity, a post testing was conducted to ensure the test apparatus and the
selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. Rats
and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 5. Testing record

During total of 11 days (264 hours) testing period, record below items at a 24hours interval.

1. The quantity of rats/mice in each chamber. No change was made in the rats/mice population.
2. The consumption of food and water in each chamber.
3. The fecal pellet counts & Urine spots in each chamber.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 4 of 14

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com      GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000058

**Intertek**

INTELLITEC
INTERNATIONAL INC.

140515021GZU-001

## TEST RESULT

| RATS | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | 4 | 6 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | 3 | 6 |
| | Consumed food(g) | 59.0 | 54.2 | 42.2 | 26.2 | 39.0 | 24.4 | 31.8 | 43.8 | 41.6 | 41.0 | 44.0 |
| | Consumed water(ml) | 217.8 | 161.2 | 124.0 | 34.0 | 46.8 | 41.0 | 56.0 | 71.8 | 54.6 | 58.2 | 54.0 |
| Chamber B | Quantity | 6 | 4 | 6 | 8 | 9 | 10 | 10 | 10 | 10 | 7 | 4 |
| | Consumed food(g) | 56.4 | 61.8 | 55.2 | 82.8 | 88.4 | 80.2 | 76.4 | 83.4 | 70.0 | 28.0 | 24.0 |
| | Consumed water(ml) | 225.8 | 173.8 | 153.8 | 181.6 | 149.6 | 141.2 | 127.6 | 150.6 | 128.4 | 17.6 | 23.6 |

********************************************************************** End of Page **********************************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou Science City, GETDD Guangzhou Tel: (86-20) 8213 9688 Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000059

INTELLITEC
INTERNATIONAL INC.

140515021GZU-001

## TEST RESULT (Continued)



| MICE | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | 4 | 5 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 6 | 4 |
| | Consumed food(g) | 32.8 | 35.8 | 22.8 | 15 | 15.6 | 14.2 | 12.2 | 11.8 | 10.6 | 18.2 | 14.6 |
| | Consumed water(ml) | 18.2 | 26.2 | 11.8 | 8.4 | 9.0 | 5.6 | 10.8 | 6.4 | 15.8 | 19.4 | 18.2 |
| Chamber B | Quantity | 6 | 5 | 8 | 10 | 9 | 9 | 10 | 10 | 10 | 4 | 6 |
| | Consumed food(g) | 15.8 | 40.0 | 23.6 | 22.8 | 29.6 | 26.0 | 22.4 | 19.8 | 24.2 | 19.4 | 15.2 |
| | Consumed water(ml) | 20.4 | 32.6 | 17.4 | 15.8 | 12.8 | 17.2 | 28.4 | 29.8 | 32.6 | 11.4 | 13.2 |

************************************************ End of Page ************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9638  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com        GZPERF-BRAND V9 (August 16, 2012)

BHH, LLC.000060



**INTELLITEC INTERNATIONAL INC.**

140515021GZU-001

## TEST RESULT (Continued)

For Rats/Mice fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A ( W/ PEST PELLER ) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 17-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 18-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| DURING TESTING | SWITCH ON | 19-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 20-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 21-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 22-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 23-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 24-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 25-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| POST TESTING | SWITCH OFF | 26-May-14 | RATS | Equal | Equal |
| | | | MICE | More | Little |
| | | 27-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |

Note:

Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, rats and mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.

***************************************** **End of Page** *****************************************

BHH, LLC.000061



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

**Appendix I**



| | |
|---|---|
| Rats testing device overlook | Intertek seal label |
| Rats status under repeller switch off (chamber B) | Rats status under repeller switch off (chamber A) |
| Rats status under repeller switch on (chamber B) | Rats status under repeller switch on (chamber A) |

*********************************************** **End of Page** ***********************************************

BHH, LLC.000062



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

### Appendix I (Continued)



| | |
|---|---|
| Mice testing device overlook | Intertek seal label |
| Mice status under repeller switch off(chamber B) | Mice status under repeller switch off(chamber A) |
| Mice status under repeller switch on(chamber B) | Mice status under repeller switch on(chamber A) |

*********************************************** **End of Page** ***********************************************

BHH, LLC.000063



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## Appendix II



| Food weigh (Rats) | Consumption of food check (Rats) |
| --- | --- |
| Water weigh (Rats) | Consumption of Water check (Rats) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688 Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com      GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000064



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## Appendix II (Continued)

| | |
|---|---|
| Food weigh (Mice) | Consumption of Food check (Mice) |
| Water weigh (Mice) | Consumption of Water check (Mice) |

*********************************************** **End of Page** ***********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH, LLC.000065



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

**Appendix III**



Testing device dimension of Rats

Testing device dimension of Mice

*********************************** **End of Page** ***********************************

BHH, LLC.000066



**INTELLITEC
INTERNATIONAL
INC.**

140515021GZU-001

**Appendix III (Continued)**



Rats and Mice

***************************************** **End of Page** *****************************************

BHH, LLC.000067



**INTELLITEC
INTERNATIONAL
INC.**

140515021GZU-001

## REVISION SUMMARY

| Date | Project Handler Reviewer | Page | Description of Change |
|------|--------------------------|------|------------------------|
| 2014-7-7 | | | Initial release |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH, LLC.000068

# 2014 SPIDERS / ANTS / ROACHES
# TEST REPORT RESULT ANALYSIS

July 7, 2014

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber was 4' (L) x 4' (W) x 1.5' (H).
- Pest Repeller was placed in chamber A.   There was no pest repeller in Chamber B.
- In between, there was a 8.5 feet long plastic tunnel.   The tunnel was "curved" and two chambers were designed in Hi-Lo level. The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with Intertek unbreakable labels. Only Intertek inspector could open the chambers to count ants / spiders / roaches quantities, weighted food and water and replaced new seals on a daily basis.
- Total 10 ants, 10 spiders and 10 roaches were used, and tested separately in different chambers.
- Released 50% of ants / spiders / roaches in chamber A, and another 50% of ants / spiders / roaches in Chamber B at the beginning of the test.
- There were 3 testing stages;
  ◦ Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  ◦ During Testing: 7 days = 168 hours,   pest repeller was ON
  ◦ Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis**

**Spiders (see page 5)**
- Preliminary Testing: 30% spiders stayed in Chamber A, 70% spiders stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 70%~80% spiders stayed away from Chamber A, Day 4 ~ Day 7, 90%~100% spiders stayed away from Chamber A.   Pest repeller was switched ON in Chamber A during testing.
- Post Testing: 30% ~ 40% spiders returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand spiders' eating behavior under the influence of ultrasonic sound.

**Roaches – Test Result Analysis (see page 5)**
- Preliminary Testing: 60%~70% ants stayed in Chamber A, 40%~30% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 50 %~100% roaches stayed away from Chamber A, Day 4 ~ Day 7, 100% roaches stayed away from Chamber A.   Pest repeller was switched on in Chamber A during testing.
- Post Testing: 30%~40% roaches returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand roaches' eating behavior under the influence of ultrasonic sound.

BHH, LLC.000069

**Ants – Test Result Analysis (see page 5)**
- Preliminary Testing: 40%~60% ants stayed in Chamber A, 60%~40% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 60%~100% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A.   Pest repeller was switched on in Chamber A during testing.
- Post Testing:   60% ~ 70% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

**Fecal Pellets Count (see page 12)**
- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets from roaches, but no urine spot was observed:
  ○ When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  ○ When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from spiders and ants during the entire testing period.

BHH, LLC.000070

# BELL + HOWELL ANIMAL REPELLER

## EFFICACY TEST REPORT



- SGS ANIMAL REPELLER  TEST REPORT -SKUNK,RAT, MOUSE

- SGS ANIMAL REPELLER TEST REPORT –RACCOON

- SGS ANIMAL REPELLER TEST REPORT –DEER, DOG, RABBIT, CAT, SQUIRREL

BHH, LLC.000298



SGS
Mechanical & Hardgoods Lab.

# TEST REPORT

Report No. : HL50224A/2010
Page : 1 of 3
Date : MAY 17, 2010

VAN HAUSER
230, FIFTH AVENUE, NEW YORK, NY 10001, USA

The following merchandise was submitted and identified by the applicant as:

Product Description: B&H SOLAR ANIMAL REPRLLER
Country of Origin: China

We have tested the submitted sample(s) as requested and the following results were obtained:

**Test Requested:**

Performance Test of Animal Repeller

**1. Skunk:**

Test animal:

| | Skunk |
|---|---|
| Animal Amount | 1 pc |

Test Condition:
Outdoor temperature (31~32°C/87.8 ~ 89.6°F)

Test location: Wanpi world safari zoo of Taiwan.

Test Procedure:
(1) Just place the sample (B&H SOLAR ANIMAL REPRLLER) on a stand.
(2) Turn the sample to ON position.
(3) Leave the sample on constantly then let the specific animals walk towards it and in to the coverage range and record their reaction.

**Testing Period:** MAY 13, 2010 ~ MAY 15, 2010

Signed for and on behalf of
SGS Taiwan Ltd.

Owen Cheng
Manager

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested. This test report cannot be reproduced, except in full, without prior written permission of the Company.

This Test Report is issued by the Company under its General Conditions of Service printed overleaf or available on request and accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this Test Report is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.



SGS
Mechanical & Hardgoods Lab.

# TEST REPORT

Report No. : HL50224A/2010
Page : 2 of 3

**Test Results:**

| Animal | Test Reaction |
| --- | --- |
| **Skunk** | Skunk walked into testing area, stopped for a while then walked away. |

**2. Rats and mice:**

Test animals:

| | Rats | Mouse |
| --- | --- | --- |
| Animal Amount | 2 pcs | 2 pcs |

Test Condition:

Inside temperature (27~29℃/80.6 ~ 84.2°F)

Test location: Taipei Lab

Test Procedure:

(1) Just place the sample (B&H SOLAR ANIMAL REPELLER) on a stand.
(2) Turn the sample to ON position.
(3) Leave the sample on constantly then let the specific animals walk towards it and in to the coverage range and record their reaction.

**Test Results:**

Tested in the daytime:

| Animals | Test Reaction |
| --- | --- |
| **Rat no. 1** | Stopped moving and became watchful then moved forward. |
| **Rat no. 2** | Stopped moving then looked at the unit for about 7 sec, kept walking closer then went way. |
| **Mouse no. 1** | Stopped moving for about 5 sec then kept moving and looked at the unit for a while then went way. |
| **Mouse no. 2** | Stopped moving and became watchful then moved forward. |

Tested in the night:

| Animals | Test Reaction |
| --- | --- |
| **Rat no. 1** | Stopped moving then looked at the unit for about 6 sec, kept walking closer then went way. |
| **Rat no. 2** | Stopped moving and became watchful then moved forward. |
| **Mouse no. 1** | Stopped moving for about 4 sec then kept moving and looked at the unit for a while then went way. |
| **Mouse no. 2** | Stopped moving then went way. |

Note : The distance and angle when LED illuminates : about 30 feet and 70 degree

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested. This test report cannot be reproduced, except in full, without prior written permission of the Company. [illegible]

This Test Report is issued by the Company under its General Conditions of Service printed overleaf or available on request and accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this Test Report is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.



Mechanical & Hardgoods Lab.

**TEST REPORT**

Report No. :  HL50224A/2010
Page :       3   of   3

-- Picture --



Photo "A": Appearance of the sample

--- End of Report ---

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested. This report cannot be reproduced, except in full, without prior written permission of the Company.

This Test Report is issued by the Company under its General Conditions of Service printed overleaf or available on request and accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this Test Report is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000301



# TEST REPORT

Mechanical & Hardgoods Lab.

Report No. : HL10278C/2008
Page : 1 of 2
Date : MAY 08, 2008

VAN HAUSER
230 5th Avenue, NY 10001
C/O
INTERLLITEC INT'L INC.
4710 Fieldston Road, Bronx NY 10471, USA

The following merchandise was submitted and identified by the applicant as:

Product Description: PIR MOTION ACTIVATED ULTRASONIC ANIMAL REPELLER
Buyer/Order No.: VAN HAUSER
Manufacturer/Vendor Name: IntelliTEC International Ltd.
Country of Origin: CHINA

We have tested the submitted sample(s) as requested and the following results were obtained:

Test Requested:
Performance Test of Animal Repeller

Test Condition:
Outdoor Temperature : 25℃ ~ 28 ℃

Received Date: Apr. 18, 2008

Date of Testing: May 03, 2008

Signed for and on behalf of
SGS Taiwan Ltd.

Owen Cheng
Manager

This Test Report is issued by the Company subject to its General Conditions of Service printed overleaf or available on request and accessible at http://www.sgs.com...



# TEST REPORT

Mechanical & Hardgoods Lab.

Report No. :   HL10278C/2008
Page :        2   of   2

**Test Procedure:**

(1) Just place the sample (PIR Motion Activated Animal Repeller) on the outdoor wall or tree, and positioned between 12~36cm above the ground.

(2) Turn the sample to ON position.

(3) Leave the sample on constantly then let the raccoon walk towards it and in to the coverage range and record their reaction.

**Test Result:**

| Animal | Test Reaction |
|--------|---------------|
| Raccoon | When the raccoon walked into the coverage area, it stopped moving then looked at the unit for about 2 seconds, kept closer then ran way. |

Note : The distance and angle when LED illuminates : about 30 feet and 70 degree



Appearance of sample

--- End of Report---

This Test Report is issued by the Company subject to its General Conditions of Service printed overleaf or available on request and accessible at www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested. This test report cannot be reproduced, except in full, without prior written permission of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this report is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH, LLC.000303



# TEST REPORT

Mechanical & Hardgoods Lab.

Report No. : HL10278A/2008
Page : 1 of 2
Date : FEB. 04, 2008

**VAN HAUSER**
230 5th Avenue, NY 10001
C/O
**INTERLLITEC INT'L INC.**
4710 Fieldston Road, Bronx NY 10471, USA

The following merchandise was submitted and identified by the applicant as:

<u>Product Description:</u>     PIR MOTION ACTIVATED ULTRASONIC ANIMAL REPELLER
<u>Buyer/Order No.:</u>        VAN HAUSER
<u>Manufacturer/Vendor Name:</u> IntelliTEC International Ltd.
<u>Country of Origin:</u>       CHINA

We have tested the submitted sample(s) as requested and the following results were obtained:

**Test Requested:**
    Performance Test of Animal Repeller

**Test Condition:**
Outdoor Temperature : 14℃ ~ 17℃

**Received Date:**    JAN. 23, 2008

**Testing Period:**    JAN. 25 ~ 31, 2008

Signed for and on behalf of
SGS Taiwan Ltd.

Owen Cheng
Manager

This Test Report is issued by the Company subject to its General Conditions of Service printed overleaf or available on request or accessible at www.sgs.com. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested. This test report cannot be reproduced, except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this report is unlawful and offenders may be prosecuted to the fullest extent of the law.

TW5834511

SGS Taiwan Ltd.   No. 31 No. 35, Wu-Chyuan Road, Wu-Ku Industrial Zone, Taipei, Taiwan / 台灣檢驗科技股份有限公司 工業技術實驗服務部, 35號
台灣檢驗科技股份有限公司   t (886-2) 2299 3279   f (886-2) 2298 2827   www.tw.sgs.com
Member of SGS Group

**BHII, LLC. 000304**



# TEST REPORT

Mechanical & Hardgoods Lab.

Report No. : HLI0278A/2008
Page : 2 of 2

## Test Procedure:

(1) Just place the sample (PIR Motion Activated Animal Repeller) on the outdoor wall or tree, and positioned between 12~36cm above the ground.

(2) Turn the sample to ON position.

(3) Leave the sample on constantly then let the specific animals walk towards it and in to the coverage range and record their reaction.

## Test Result:

| Animal | Test Reaction |
|--------|---------------|
| Deer | Deer ; Stopped moving then looked at the unit for about 2 sec, kept walking closer then went way. |
| Dog | Dog #1; Stopped moving for about 2 sec then kept moving and looked at the unit for a while then went way. Dog #2 ; Stopped moving then looked at the unit for about 2 seconds, walked a bit closer then went way. |
| Rabbit | Stopped moving w/in the range, shake its ears about 3 sec then left |
| Cat | Cat 1. Stopped moving then went away Cat 2. Stopped moving and became watchful then moved forward Cat 3. Stopped moving then went away |
| Squirrel | Stopped moving then observed the unit for about 5 seconds then went away |

Note : The distance and angle when LED illuminates : about 30 feet and 70 degree



Appearance of sample

*** End of Report ***

This Test Report is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at www.sgs.com