**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555       电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008        传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB

Page N°: 1/ 10

# TESTING WITNESS REPORT

Report No.: AFL20160214GZ-2

| To | INTELLITEC INTERNATIONAL INC. | Date: | MAY 25, 2016 |
|---|---|---|---|
| Att | DEBBIE FEUERSTEIN | | |
| From | SGS-CSTC Standards Technical Services Co., Ltd. | | |

| SGS File No.: | AFL20160214GZ-2 | Testing Device Overlook |
|---|---|---|
| Declared Buyer | VAN HAUSER 230, FIFTH AVENUE, NEW YORK, NY 10001, USA |  |
| Declared Supplier: | INTELLITEC INTERNATIONAL INC. | |
| Declared Manufacturer | INTELLITEC INTERNATIONAL INC. | |
| Declared Style Number: | ULTRASONIC PEST REPELLER | |
| Declared Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | |
| Service Style | TESTING WITNESS | |
| Service Date : | April 07,2016-April 18,2016 | |
| Testing Location : | DONGGUAN, CHINA | |

**Testing Criteria**

| Testing sample provided by | By Supplier(See protocol) |
|---|---|
| Client instruction/specification | Yes(See protocol) |
| SGS WI number | N/A |
| Other | |

**Comments / Remarks: (Reason)**
-Found some ants / spiders / roaches dead during testing, then added new ants / spiders / roaches.
-Four edges of all chambers were closed securely up by SGS inspector with special seals. The seal is ~~unbreakable and~~ chopped with SGS company stamp. Each day after counting mice/rat quantities and weighting ~~food and water~~ SGS inspector replaced with new seals.



## STUDY TITLE
## EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER AGAINST

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonline.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp.

**SGS-CSTC Standards Technical Services Co., Ltd.**

通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555      电话: +86(0) 20 8215 5555
Fax:+86(0) 20 8207 5008      传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB

Page N°: 2/ 10



### ANTS / SPIDERS / ROACHES
#### OBJECT

TESTING ULTRASONIC PEST REPELLER AGAINST ANTS / SPIDERS / ROACHES IN LABORATORY ENVIRONMENT. CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUIDNG 2 DAYS PRLIMINARY TEST, 7 DAYS DUIRNG TEST AND 2 DAYS POST TEST. THIS IS TO MEASURE THE EFFICACY OF HIGH-FREQUENCY SOUND AS A PEST MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (dB) ARE IMPORTANT PARAMETERS.

### MATERIALS

| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
|---|---|
| TEST ARTHROPODS | HEALTHY ANTS,SPIDERS & ROACHES |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

### METHODS

**Summary**

8.5 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). Ultrasonic Pest Repeller is placed at Chamber A. Chamber B has no ultrasonic pest repeller. Both sides have equal amount of food and water. Ants, Spiders and Roaches will be recorded at 24 hour intervals for total 11 days (or 264 hours). The number of ants / spiders / roaches will be recorded in each chamber. Any ants / spiders / roaches are found in Chamber B (no ultrasonic pest repeller) will be counted as repelled. Any ants / spiders / roaches remain in Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

To determine the efficacy of the Bell + Howell Ultrasonic Pest Repeller for repelling ants, spiders and roaches. This device is tested over a 24 hours interval and total 11 days (or 264 hours) period in a laboratory environment. The test was preceded by a two-day preliminary test to ensure that the test apparatus and the selected food functioned properly.

**Test sample**
The test sample will be stored in a locked cabinet at ambient temperature and humidity until use in the study

**Preparation and Handling of ANTS,SPIDERS & ROACHES**
The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). In between, there is a 2 feet long plastic tunnel to connect two chambers on each side, the ants, spiders and roaches will each be given 11days (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at https://sgsonsite.sgs.com/en/v2/common/ecertificateauthenticateCertificate.jsp.

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555          电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008           传真: +86(0) 20 8207 5008




**Affiliate Code : F615001**

**Report N° : 16052501EB**

Page N°: 3/ 10



*Food and Water Consumption*

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout a 11-day period. The data will be used to identify changes in the eating behavior of ants, spiders and roaches due to the impact of the WEB Pest Repeller W/Sweeping Frequency.

*Fecal pellet counts & Urine spots*

Record and trace fecal pellets of roaches on a 24 hours interval and 11 days (264 hours) period in each chamber. There is no fecal pellet for spiders, but we can trace urine spots on a 24 hours interval and 11 days (264 hours) period in each chamber. Neither fecal pellet nor urine spots for ants. This data will aid in understanding additional behavioral changes resulting from the Ultrasonic Pest Repeller.

*Preliminary Testing*

Ants / Spiders / Roaches activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller will be turned "off" during preliminary testing. The release of Ants, Spiders and Roaches in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber.



The Preliminary Test will consist of 20 ants, 20 spiders and 20 roaches. The pests will be each allotted 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel prior to the introduction of the Ultrasonic Pest Repeller.

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/certificate/authenticatesCertificate.jsp



**SGS-CSTC Standards Technical Services Co., Ltd.**

通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555       电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008       传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB

**Page N°: 4/ 10**

Release 50% of Ants / Spiders / Roaches in Chamber A, and another 50% of mice in Chamber B. Turn On Ultrasonic Pest Repeller. Ants / Spiders / Roaches will be recorded at 24 hour intervals for 10 days (or 240 hours). Any Ants / Spiders / Roaches that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any Ants / Spiders / Roaches stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

### Observation of Repellency (During Testing)

Release 50% of Ants / Spiders / Roaches in Chamber A, and another 50% of mice in Chamber B. Turn On Ultrasonic Pest Repeller. Rats and mice will be recorded at 24 hour intervals for 7 days (or 168 hours). Any ants, spiders and roaches that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any ants, spiders and roaches stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

The actual control and non-control test will consist of 20 ants, 20 spiders and 20 roaches. The Ants / Spiders / Roaches will each be given 7-days (168 hours) to move freely around Chamber A and Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is ON.

The actual control and non-control test will consist of 20 ants, 20 spiders and 20 roaches. The Ants / Spiders / Roaches will each be given 11 days (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

### Post Testing

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of ants, spiders and roaches in Chamber A, release another 50% of ants, spiders and roaches in Chamber B.

The Post Test will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is OFF.

No change is made in the ants, spiders and roaches population; the quantity should remain the same.

### Testing device dimension (refer to below following figures)

Testing device for ants, spiders and roaches



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticate/eCertificate.jsp

# SGS-CSTC Standards Technical Services Co., Ltd.
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555      电话: +86(0) 20 8215 5555
Fax:+86(0) 20 8207 5008        传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB



## SAMPLE INFORMATION
Two BELL + HOWELL ULTRASONIC PEST REPELLER were received in good condition and could work normally.

### Sample outlook





| The testing sample. | The SGS seal label. |
| --- | --- |

## Result Data Measurement –BELL + HOWELL ULTRASONIC PEST REPELLER

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonline.sgs.com/en/v2/common/ccertificate/authenticateeCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**

通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou,
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555　　电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008　　传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB

Page N°: 6/10

| ants, spiders and roaches | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | | SWITCH OFF | |
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hr s | 120Hr s | 144Hr s | 168Hr s | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | April 08, 2016 | April 09, 2016 | April 10, 2016 | April 11, 2016 | April 12, 2016 | April 13, 2016 | April 14, 2016 | April 15, 2016 | April 16, 2016 | April 17, 2016 | April 18, 2016 |
| Observe Time | | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM |
| Chamber A (with the BELL + HOWELL Ultrasonic Pest Repeller) | Ant quantity | 6 | 3 | 3 | 5 | 2 | 2 | 2 | 3 | 3 | 2 | 2 |
| | Spider quantity | 8 | 9 | 6 | 5 | 6 | 5 | 7 | 1 | 2 | 1 | 1 |
| | Roaches quantity | 5 | 5 | 6 | 2 | 5 | 6 | 2 | 4 | 4 | 5 | 6 |
| | consumed water(ml) | 8.5 | 3.5 | 5.5 | 5.5 | 7 | 0.5 | 1.5 | 5 | 1.5 | 3 | 3.5 |
| Chamber B | Ant quantity | 11 | 14 | 17 | 13 | 18 | 15 | 8 | 14 | 17 | 18 | 18 |
| | Spider quantity | 9 | 11 | 14 | 15 | 14 | 10 | 9 | 19 | 18 | 19 | 19 |
| | Roaches quantity | 13 | 11 | 12 | 14 | 15 | 10 | 9 | 14 | 16 | 15 | 14 |
| | consumed water(ml) | 7 | 5 | 6.5 | 5.5 | 7 | 6.5 | 6.5 | 9 | 6 | 4.5 | 7.5 |

**Note:**
Chamber A was with the BELL + HOWELL Ultrasonic Pest Repeller, Chamber B was without the BELL + HOWELL Ultrasonic Pest Repeller.

### ANTS, SPIDERS & ROACHES FECAL PELLET & URINE SPOTS RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER: A (BELL + HOWELL Ultrasonic Pest Repeller) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | April 08, 2016 | ants, spiders and roaches | Little | Little |
| | | April 09, 2016 | ants, spiders and roaches | Little | Little |

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/certificate/authenticateCertificate.jsp



**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555      电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008      传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB

Page N°: 7/ 10

| | | April 10, 2016 | ants, spiders and roaches | Little | Little |
|---|---|---|---|---|---|
| DURING TESTING | SWITCH ON | April 11, 2016 | ants, spiders and roaches | Little | Little |
| | | April 12, 2016 | ants, spiders and roaches | Little | Little |
| | | April 13, 2016 | ants, spiders and roaches | Little | Little |
| | | April 14, 2016 | ants, spiders and roaches | Little | Little |
| | | April 15, 2016 | ants, spiders and roaches | Little | Little |
| | | April 16, 2016 | ants, spiders and roaches | Little | Little |
| POST TESTING | SWITCH OFF | April 17, 2016 | ants, spiders and roaches | Little | Little |
| | | April 18, 2016 | ants, spiders and roaches | Little | Little |

**Note:**
Fecal pellet and urine spots are observed and witnessed by eyes. Due to tiny and irregular sizes, ants, spiders and roaches' fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels – little, very little and more.

**Remark:**
There were no ethical issues involved observation of animals/pests carrying out their natural or normal behaviors. Declared by client, this tests were carried out full time 7/24 video recording with multiple cameras, targeting different chambers contained spiders, ants and spiders. As well, written pest head counts, water/food consuming records, fecal pellets/urines tracking records were recorded in details by our lab technicians on a daily basis. Within the 11 days (2 days pre-test, 7 days during-test, 2 days post-test), we confirm that video recording data are authentic.

**Appendix 1**



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555      电话：+86(0) 20 8215 5555
Fax +86(0) 20 8207 5008      传真：+86(0) 20 8207 5008




## Affiliate Code : F615001
## Report N° : 16052501EB



| Testing device overlook | Testing device overlook |
| SGS irremovable seal label. | SGS irremovable seal label. |
| View of Testing Box | View of Testing Box |

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555          电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008          传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 16052501EB



Status under repellent switched off(chamber A)



Status under repellent switched off(chamber B)



Status under repellent switched on(chamber A)



Status under repellent switched on(chamber B)



Water gross weight check



Consumed water weight check

This document is issued by the Company subject to its General Conditions of Service
(www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability,
indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this
document is advised that information contained hereon reflects the Company's findings at the
time of its intervention only and within the limits of client's instructions, if any. The Company's
sole responsibility is to its Client and this document does not exonerate parties to a transaction
from exercising all their rights and obligations under the transaction documents. Any
unauthorized alteration, forgery or falsification of the content or appearance of this document is
unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonline.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp



**SGS-CSTC Standards Technical Services Co., Ltd.**

通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555          电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008            传真: +86(0) 20 8207 5008



**Affiliate Code : F615001**

**Report N° : 16052501EB**

Page N°: 10/ 10

---

**View of Video Cameras**



**Remark:**
PICTURE SHOWING MULTIPLE VIDEO CAMERAS SET UP AT THE VENUE. DECLARED BY CLIENT, EACH
CAMERA TARAGETED AT SPECIFIC CHAMBER, PEST ACTIVITIES OF ALL CHAMBERS HAVE BEEN RECORDED
WITHOUT INTERRUPTION DURING 11 DAYS OF TESTING.

**This report replaces the report No.1605200269, the report No.1605200269 has been canceled.**

Note:
In accordance with Client's instructions, the Company's involvement has been limited to witnessing/observing a third
party's intervention(s) at the facilities where the intervention(s) took place. The Company's sole responsibility was to be
present at the time of the third party's intervention(s) and to confirm and report the occurrence of the intervention(s).
The Company is not responsible for methods applied, the qualifications, actions or omissions of the third party's
personnel or the results or effectiveness of the intervention(s).

SGS Inspector:          李吉华          Factory Representative: _____

**\*\*End of Report\*\***

*The above report reflects our findings at the time, date and place of inspection only and does not refer to any
other matter.*

Guangzhou, May 25, 2016          SGS-CSTC Standards Technical Services Co., Ltd.

This document is issued by the Company subject to its General Conditions of Service
(www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability,
indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this
document is advised that information contained hereon reflects the Company's findings at the
time of its intervention only and within the limits of client's instructions, if any. The Company's
sole responsibility is to its Client and this document does not exonerate parties to a transaction
from exercising all their rights and obligations under the transaction documents. Any
unauthorized alteration, forgery or falsification of the content or appearance of this document is
unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonline.sgs.com/en/v2/common/certificate/authenticateCertificate.jsp

# 2016 SGS
# TEST RESULT EXPLANATION
# ANTS / SPIDERS / ROACHES

**May 23, 2016**

| REPORT NO. | 1605200269 |  |
|---|---|---|
| LABORATORY | **SGS-CSTC STANDARDS TECHNICAL SERVICES CO., LTD.** | |
| TESTING PERIOD | APRIL 7 ~ APRIL 18, 2016 | |
| PRODUCT | ULTRASONIC PEST REPELLER | |
| PEST | **ANTS / SPIDERS / ROACHES** | Pest Repeller |

## CONSTRUCTION OF TESTING CHAMBER

- The test was conducted in two completely separate sealed plastic chambers.  Each chamber is 4' x 4' x 1.5'.
- Pest Repeller was placed in chamber A.
- In between chambers, there is a 7 feet long plastic tunnel.  The tunnel is "curved", two chambers are designed in HI-LO levels.  The curved and Hi-Lo tunnel design is to further ensure ultrasonic sound wave will not enter from chamber A into chamber B since sound wave is very directional.
- All edges/gaps are sealed securely with SGS unbreakable labels.  Only SGS inspectors were allowed to open the chambers to count mice/rats quantities, weighted food and water, and replaced new seals after counting on a daily basis.
- 20 each healthy adult Ants / Spiders / Roaches were used for this testing.
- Released 50% mice/rats into chamber A and another 50% in Chamber B at the beginning of the test.
- There were 3 testing stages;
    - Preliminary Testing: 2 days = 48 hours, pest repeller was switched OFF
    - During Testing: 7 days = 168 hours,  pest repeller was switched ON
    - Post Testing: 2 days = 48 hours, pest repeller was switched OFF

## VIDEO RECORDING

- See page 7  ""there were no ethical issues involved observation of animals/pests carrying out their natural or normal behaviors.  Declared by client, this test were carried out full time 7/24 video recording with multiple cameras, targeting different chambers contained mice, rats.  As well, written pest head counts, water/food consuming records, fecal pellets/urines tracking records were recorded in details by lab technicians on a daily basis.""

1

- See Page 10 ""Picture showing multiple video cameras set up at the venue.  Declared by client, each camera targeted at specific chamber, pest activities of all chambers have been recorded without interruption during 11 days of testing"

## TEST RESULTS

## ANTS (PAGE 6)

- During Testing result showed Ants graduately moved from Chamber A (where pest repeller was working) to Chamber B.   During Post Testing, Ants quantities remained low in Chamber A, proved they still had memories/habits to stay away where Pest Repeller was working before.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 35% | 18% | 15% | 28% | 10% | 12% | 20% | 18% | 15% | 10% | 10% |

- Water consumption was noticeably much LESS in Chamber A During Testing when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -15% | 0 % | 0 % | - 92% | - 77% | -45% | -75% |

## SPIDERS (PAGE 6)

- During Testing result showed Spiders graduately moved from Chamber A (where pest repeller was working) to Chamber B.  During Post Testing, Spiders quantities remained low in Chamber A, proved they still had memories/habits to stay away where Pest Repeller was working before.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 47% | 45% | 30% | 25% | 30% | 33% | 44% | 5% | 10% | 5% | 5% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -15% | 0 % | 0 % | - 92% | - 77% | -45% | -75% |

## ROACHES (PAGE 6)

- During Testing result showed Roaches graduately moved from Chamber A (where pest repeller was working) to Chamber B.  During Post Testing, Roaches quantities remained low in Chamber A, proved they still had memories/habits to stay away where Pest Repeller was working before.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 28% | 31% | 33% | 13% | 25% | 38% | 18% | 22% | 20% | 25% | 30% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -15% | 0 % | 0 % | - 92% | - 77% | -45% | -75% |

## URINE SPOTS / FECAL PELLETS COUNT (PAGE 6~7)

- Lab technician traced and recorded ants / spiders / roaches urine spots and fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- When pest repeller was switched on During Testing, urine spots and fecal pellets appeared to be much LESS quantities in Chamber A.
- When pest repeller was switched off during Preliminary and Post testing periods, urine spots and fecal pellet quantities appeared to be more EVEN in two chambers.

3

# 2016 SGS
# TEST RESULT EXPLANATION
# RATS / MICE

**May 23, 2016**

| REPORT NO. | 1605230005D | |
|---|---|---|
| LABORATORY | **SGS-CSTC STANDARDS TECHNICAL SERVICES CO., LTD.** |  |
| TESTING PERIOD | APRIL 7 ~ APRIL 18, 2016 | |
| PRODUCT | ULTRASONIC PEST REPELLER | |
| PEST | **MICE / RATS** | Pest Repeller |

## CONSTRUCTION OF TESTING CHAMBER

- The test was conducted in two completely separate sealed plastic chambers. Each chamber is 4' x 4' x 1.5'.
- Pest Repeller was placed in chamber A.
- In between, there is a 7 feet long plastic tunnel. The tunnel is "curved", two chambers are designed in HI-LO levels. The curved and Hi-Lo tunnel design is to further ensure ultrasonic sound wave will not enter from chamber A into chamber B since sound wave is very directional.
- All edges/gaps are sealed securely with SGS unbreakable labels. Only SGS inspectors were allowed to open the chambers to count mice/rats quantities, weighted food and water, and replaced new seals after counting on a daily basis.
- 20 healthy adult Mice and 20 healthy adult Rats were used for this testing.
- Released 50% mice/rats into chamber A and another 50% in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - o Preliminary Testing: 2 days = 48 hours, pest repeller was switched OFF
  - o During Testing: 7 days = 168 hours,  pest repeller was switched ON
  - o Post Testing: 2 days = 48 hours, pest repeller was switched OFF

## VIDEO RECORDING

- See page 8  ""there were no ethical issues involved observation of animals/pests carrying out their natural or normal behaviors.  Declared by client, this test were carried out full time 7/24 video recording with multiple cameras, targeting different chambers contained mice, rats. As well, written pest head counts, water/food consuming records, fecal pellets/urines tracking records were recorded in details by lab technicians on a daily basis.  Within the 11 days (2 days pre-test, 9 days during-test and 2 days post-test), we confirm that video recording data are authentic.""

1

- See Page 13 ""Picture showing multiple video cameras set up at the venue.  Declared by client, each camera targeted at specific chamber, pest activities of all chambers have been recorded without interruption during 11 days of testing"

**TEST RESULTS**

**RATS (PAGE 6)**

- During Testing showed Rats graduately moved from Chamber A (where pest repeller was working) to Chamber B.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 20% | 15% | 10% | 10% | 30% | 15% | 30% | 5% | 0% | 25% | 25% |

- Food consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -14% | +15% | -64% | -82% | -92% | -42% | -62% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| +11% | -40% | -13% | 0 % | -89% | -88% | -84% |

**MICE (PAGE 6~7)**

- During Testing showed Mice graduately moved from Chamber A (where pest repeller was working) to Chamber B.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 35% | 42% | 52% | 45% | 40% | 40% | 21% | 25% | 5% | 65% | 45% |

- Food consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -10% | -19% | -40% | -57% | -53% | -44% | -58% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -2% | +15% | -89% | -72% | -80% | -15% | -48% |

## URINE SPOTS / FECAL PELLETS COUNT (PAGE 9)

- Lab technician traced and recorded rats/mice urine spots and fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- When pest repeller was switched on During Testing, urine spots and fecal pellets appeared to be noticeably much LESS quantities in Chamber A.
- When pest repeller was switched off during Preliminary and Post testing periods, urine spots and fecal pellet quantities appeared to be more EVEN in two chambers.

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司



198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555          电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008            传真: +86(0) 20 8207 5008

## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 1/ 13

## TESTING WITNESS REPORT

Report No.:   AFL20160214GZ-1

| To | INTELLITEC INTERNATIONAL INC. | Date: | MAY 20, 2016 |
|---|---|---|---|
| Att | DEBBIE FEUERSTEIN | | |
| From | SGS-CSTC Standards Technical Services Co., Ltd. | | |

| | | | |
|---|---|---|---|
| SGS File No.: | AFL20160214GZ-1 | Testing Device  Overlook | |
| Declared Buyer: | VAN HAUSER 230, FIFTH AVENUE, NEW YORK, NY 10001, USA |  | |
| Declared Supplier: | INTELLITEC INTERNATIONAL INC. | | |
| Declared Manufacturer : | INTELLITEC INTERNATIONAL INC. | | |
| Declared Style Number: | ULTRASONIC PEST REPELLER | | |
| Declared Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | | |
| Service Style | TESTING WITNESS | | |
| Service Date : | April 07,2016-April 18,2016 | | |
| Testing Location : | DONGGUAN, CHINA | | |

**Testing Criteria**

| Testing sample provided by | By Supplier(See protocol) |
|---|---|
| Client instruction/specification | Yes(See protocol) |
| SGS WI number | N/A |
| Other | |

**Comments / Remarks: (Reason)**
-Found 3 rats dead during testing, then added new rats.
-Found 3 mice dead during testing, then added new mice.
-Four edges of all chambers were closed securely up by SGS inspector with special seals. The seal is immediately stamped with SGS company stamp. Each day after counting mice/rat quantities and weighting rate and food, SGS inspector replaced with new seals.

## STUDY TITLE

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555          电话：+86(0) 20 8215 5555
Fax +86(0) 20 8207 5008          传真：+86(0) 20 8207 5008



## Affiliate Code : F615001

## Report N° : 160523005D

Page N°: 2/ 13

### EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER
### AGAINST MICE / RATS

#### OBJECT

TEST BELL + HOWELL ULTRASONIC PEST REPELLER AGAINST RATS AND MICE IN LABORATORY
ENVIRONMENT. CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUDING 2 DAYS PRELIMINARY
TEST, 7 DAYS DURING TEST AND 2 DAYS POST TEST. THIS IS TO MEASURE
THE EFFICACY OF HIGH FREQUENCY SOUND AS A PESTS MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (dB) ARE IMPORTANT PARAMETERS.

#### MATERIALS

| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
| --- | --- |
| TEST ARTHROPODS | ADULT & HEALTHY RATS AND MICE |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

#### METHODS

**Summary**
2 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4 feet (W) x 1.5
feet (H). Ultrasonic Pest Repeller is placed at Chamber A, Chamber B is without the Ultrasonic Pest Repeller. Both sides
have equal amount of food and water. Rats and mice will be recorded at 24 hour intervals for 11days (or 264 hours). The
number of rats / mice will be recorded in each chamber. Any rats / mice are found in Chamber B (without the Ultrasonic
Pest Repeller) will be counted as repelled. Any rats / mice remain in Chamber A (with Ultrasonic Pest Repeller r) will be
counted as not repelled.

Determine the efficacy of the Ultrasonic Pest Repeller for repelling rats and mice. This device is tested over a 24 hours
interval and 11 day (or 264 hours) period in a laboratory environment. The test was preceded by a two-day preliminary
test to ensure that the test apparatus and the selected food functioned properly.

**Test sample**
The test sample will be stored in a locked cabinet at ambient temperature and humidity until use in the study

**Preparation and Handling of RATS / Mice**

20 Rats and 20 Mice will be used for both the control test and active test. As rats are larger and far more aggressive
than mice, they can, and often do, kill mice. Therefore the testing of rats and mice must be conducted separately in
different times.
The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). In between,
there is 2 feet long plastic tunnel to connect two chambers on each side, the RATS and mice will each be given
liberty (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

This document is issued by the Company subject to its General Conditions of Service
(www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability,
indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this
document is advised that information contained hereon reflects the Company's findings at the
time of its intervention only and within the limits of client's instructions, if any. The Company's
sole responsibility is to its Client and this document does not exonerate parties to a transaction
from exercising all their rights and obligations under the transaction documents. Any
unauthorized alteration, forgery or falsification of the content or appearance of this document is
unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/V2/common/ecertificate/authenticateeCertificate.jsp.

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司



198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555          电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008          传真: +86(0) 20 8207 5008

**Affiliate Code : F615001**

**Report N° : 160523005D**

Page N°: 3/ 13



### Food and Water Consumption

Rats eat a wide variety of food. They mostly prefer grain, livestock feed, and meat. The rat primary consumption comes in the form of water. Rat needs 1/2 to 1 ounce of water daily. An equal amount of food and water will be placed in each chamber, including a mixture of grain and meat. Food and water will be refilled and recorded daily.

Mice prefer pellet- and seed-based food. Mice generally eat food common to the rodent family, (rats, hamsters, gerbils, etc.), which typically includes pellet- and seed-based food. An equal amount of food and water will be placed in each chamber. The quantity of food and water will be refilled and recorded daily.

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout an 11-day period. The data will be used to identify changes in the eating behavior of mice and rats due to the impact of the Ultrasonic Pest Repeller.

### Fecal pellet counts & Urine spots

Record and trace fecal pellets of rats / mice on a 24 hours interval and 11 days (264 hours) period in each chamber. There is no fecal pellet for spiders, but we can trace urine spots on a 24 hours interval and 11 days (264 hours) period in each chamber. Neither fecal pellet nor urine spots for ants. This data will aid in understanding additional behavioral changes resulting from the Pest repeller.

### Preliminary Testing

Rats/Mice activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Pest Repeller will be turned "off" during preliminary testing. The release of rats and mice in Chamber A and Chamber B will be proportional, with 50% of rats and mice distributed in each chamber.

The Preliminary Test will consist of 20 rats and 20 mice. The rats and mice will be each allotted 2 days (48 hours) to move freely around Chamber A, Chamber B and inside the tunnel prior to the introduction of the Pest Repeller.

This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateeCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**

通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel·+86(0) 20 8215 5555        电话·+86(0) 20 8215 5555
Fax·+86(0) 20 8207 5008        传真·+86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 4/ 13

### Observation of Repellency (During Testing)

Release 50% of rats and mice in Chamber A, and another 50% of rats and mice in Chamber B. Turn On the Ultrasonic Pest Repeller. Rats and mice will be recorded at 24 hour intervals for 7 days (or 168 hours). Any rats and mice that stay in the Chamber B (without the Ultrasonic Pest Repeller) will be counted as repelled. Any rats and mice stay inside Chamber A (with the Ultrasonic Pest Repeller) will be counted as not repelled.

The actual control and non-control test will consist of 20 adult rats and 20 mice. The rats and mice will each be given 11 days (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

### Post Testing

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of rats and mice in Chamber A, release another 50% of rats and mice in Chamber B.
The Post Test consists of 20 rats and 20 mice. The rats and mice are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the tunnel.

No change is made in the rats / mice population. Rats and mice quantity should remain the same.
### Testing device dimension (refer to below following figures)
Testing device for Rats



Testing device for Mice



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonline.sgs.com/en/v2/common/certificate/checkCertificate.jsp

## SGS-CSTC Standards Technical Services Co., Ltd.
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555      电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008        传真: +86(0) 20 8207 5008




## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 5/ 13



## SAMPLE INFORMATION
Two Ultrasonic Pest Repellers were received in good condition and could work normally.

| Sample outlook |
|---|



| the testing sample | the SGS seal label. |
|---|---|

## Test Result Data Measurement –BELL + HOWELL ULTRASONIC PEST REPELLER

This document is issued by the Company subject to its General Conditions of Service
(www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability,
indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this
document is advised that information contained hereon reflects the Company's findings at the
time of its intervention only and within the limits of client's instructions, if any. The Company's
sole responsibility is to its Client and this document does not exonerate parties to a transaction
from exercising all their rights and obligations under the transaction documents. Any
unauthorized alteration, forgery or falsification of the content or appearance of this document is
unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticate/eCertificate.bsp

**SGS-CSTC Standards Technical Services Co., Ltd.**

通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel: +86(0) 20 8215 5555　　电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008　　传真: +86(0) 20 8207 5008



**Affiliate Code : F615001**

**Report N° : 160523005D**

Page N°: 6/ 13

| RATS | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | | SWITCH OFF | |
| | | -48Hrs | 24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | | (+1 Day) | (+2 Day) |
| Observe Date | | April 08, 2016 | April 09, 2016 | April 10, 2016 | April 11, 2016 | April 12, 2016 | April 13, 2016 | April 14, 2016 | April 15, 2016 | April 16, 2016 | | April 17, 2016 | April 18, 2016 |
| Observe Time | | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | | 11:00 AM | 11:00 AM |
| Chamber A (with the BELL + HOWELL Ultrasonic Pest Repeller) | quantity | 4 | 3 | 2 | 2 | 6 | 3 | 6 | 1 | 0 | | 5 | 5 |
| | consumed food(g) | 169 | 176.5 | 167.5 | 160.5 | 98.5 | 51.5 | 22 | 162 | 103.5 | | 208 | 293.5 |
| | consumed water(ml) | 173 | 223.5 | 83.5 | 121.5 | 137 | 108.5 | 31.5 | 24 | 27.5 | | 160 | 192 |
| Chamber B | quantity | 16 | 17 | 17 | 17 | 12 | 15 | 14 | 19 | 20 | | 14 | 15 |
| | consumed food(g) | 146 | 193 | 193.5 | 139.5 | 270 | 286 | 261.5 | 280 | 270 | | 247.5 | 205.5 |
| | consumed water(ml) | 223 | 166 | 75 | 204 | 157.5 | 180.5 | 276.5 | 196 | 175 | | 207 | 177 |

Note:
Chamber A was with the Ultrasonic Pest Repeller, Chamber B was without the Ultrasonic Pest Repeller.

**Test Result Data Measurement –BELL + HOWELL ULTRASONIC PEST REPELLER**

| MICE | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWITCH OFF | | SWITCH ON | | | | | | | SWITCH OFF | |
| | -48Hrs | 24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | April 08, 2016 | April 09, 2016 | April 10, 2016 | April 11, 2016 | April 12, 2016 | April 13, 2016 | April 14, 2016 | April 15, 2016 | April 16, 2016 | April 17, 2016 | April 18, 2016 |
| Observe Time | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM |



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008

电话: +86(0) 20 8215 5555
传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 7/ 13

| Chamber A (with the BELL + HOWELL Ultrasonic Pest Repeller) | quantity | 7 | 8 | 10 | 9 | 8 | 8 | 4 | 5 | 1 | 13 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | consumed food(g) | 194.5 | 106 | 134.5 | 152 | 146 | 107 | 107.5 | 168.5 | 100 | 244 | 212.5 |
| | consumed water(ml) | 287 | 226 | 234 | 221 | 26.5 | 85 | 59.5 | 255 | 102 | 55 | 100 |
| Chamber B | quantity | 13 | 11 | 9 | 11 | 12 | 12 | 15 | 15 | 19 | 7 | 11 |
| | consumed food(g) | 161 | 129.5 | 149 | 188 | 243.5 | 250 | 228 | 300 | 237.5 | 278 | 259 |
| | consumed water(ml) | 184.5 | 173 | 237.5 | 193 | 232 | 300 | 300 | 300 | 194.5 | 268 | 199.5 |

**Note:**
Chamber A was with the Ultrasonic Pest Repeller, Chamber B was without the Ultrasonic Pest Repeller.

### RATS/MICE FECAL PELLET & URINE SPOTS RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER: A (W/PEST REPELLER) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | April 08, 2016 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | April 09, 2016 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| DURING TESTING | SWITCH ON | April 10, 2016 | RATS | Little | More |
| | | | MICE | More | Little |
| | | April 11, 2016 | RATS | Little | More |
| | | | MICE | Little | More |
| | | April 12, 2016 | RATS | Little | More |
| | | | MICE | Little | More |
| | | April 13, 2016 | RATS | Little | More |
| | | | MICE | Little | More |
| | | April 14, 2016 | RATS | Little | More |
| | | | MICE | Little | More |
| | | April 15, 2016 | RATS | Little | More |
| | | | MICE | More | Little |
| | | April 16, 2016 | RATS | Little | More |
| | | | MICE | Little | More |



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/certificate/authenticateCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555    电话: +86(0) 20 8215 5555
Fax +86(0) 20 8207 5008      传真: +86(0) 20 8207 5008




## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 8/ 13

| POST TESTING | SWITCH OFF | April 17, 2016 | RATS | More | Little |
|---|---|---|---|---|---|
| | | | MICE | More | Little |
| | | April 18, 2016 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |

**Note:**
Fecal pellet and urine spots are observed and witnessed by eyes. Due to tiny and irregular sizes, Rats and mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels – little, very little and more.

**Remark:**
There were no ethical issues involved observation of animals/pests carrying out their natural or normal behaviors. Declared by client, this tests were carried out full time 7/24 video recording with multiple cameras, targeting different chambers contained mice, rats. As well, written pest head counts, water/food consuming records, fecal pellets/urines tracking records were recorded in details by our lab technicians on a daily basis. Within the 11 days (2 days pre-test, 7 days during-test, 2 days post-test), we confirm that video recording data are authentic.

## Appendix 1



| Testing device overlook | Rats Testing device overlook |
|---|---|



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonline.sgs.com/en/v2/common/ecertificate/authenticateeCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555       电话：+86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008        传真：+86(0) 20 8207 5008



**Affiliate Code : F615001**
**Report N° : 160523005D**

Page N°: 9/ 13




SGS irremovable seal label.                     SGS irremovable seal label.




Status under repellent switched off(chamber A)    Status under repellent switched off(chamber B)



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein. This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. The authenticity of this document may be verified at https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp.

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555       电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008        传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 10/ 13


Status under repellent  switched on(chamber A)


Status under repellent switched on(chamber B)


Mice testing device overlook


SGS irremovable seal label



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/scertificate/authenticateCertificate.jsp

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555         电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008          传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 11/ 13



Status under repellent switched off(chamber A)



Status under repellent switched off(chamber B)



Status under repellent  switched on(chamber A)



Status under repellent  switched on(chamber B)



This document is issued by the Company subject to its General Conditions of Service (www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability, indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 800. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/acertificate/authenticateCertificate.jsp.

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555        电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008        传真: +86(0) 20 8207 5008

 

## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 12/ 13



Water gross weight check



Consumed water weight check



Food gross weight check



Consumed food weight

**View of Video Cameras**



This document is issued by the Company subject to its General Conditions of Service
(www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability,
indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this
document is advised that information contained hereon reflects the Company's findings at the
time of its intervention only and within the limits of client's instructions, if any. The Company's
sole responsibility is to its Client and this document does not exonerate parties to a transaction
from exercising all their rights and obligations under the transaction documents. Any
unauthorized alteration, forgery or falsification of the content or appearance of this document is
unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/emV2/common/certificate/authenticateeCertificate.jsp.

**SGS-CSTC Standards Technical Services Co., Ltd.**
通 标 标 准 技 术 服 务 有 限 公 司

198 Kezhu Road, Scientech Park,
Guangzhou Economic &
Technology Development District,
Guangzhou
Guangdong Province, China
510663
Tel : +86(0) 20 8215 5555      电话: +86(0) 20 8215 5555
Fax: +86(0) 20 8207 5008       传真: +86(0) 20 8207 5008



## Affiliate Code : F615001
## Report N° : 160523005D

Page N°: 13/ 13

 

**Remark:**
PICTURE SHOWING MULTIPLE VIDEO CAMERAS SET UP AT THE VENUE. DECLARED BY CLIENT, EACH
CAMERA TARAGETED AT SPECIFIC CHAMBER, PEST ACTIVITIES OF ALL CHAMBERS HAVE BEEN RECORDED
WITHOUT INTERRUPTION DURING 11 DAYS OF TESTING.

Note:
In accordance with Client's instructions, the Company's involvement has been limited to witnessing/observing a third
party's intervention(s) at the facilities where the intervention(s) took place. The Company's sole responsibility was to be
present at the time of the third party's intervention(s) and to confirm and report the occurrence of the intervention(s).
The Company is not responsible for methods applied, the qualifications, actions or omissions of the third party's
personnel or the results or effectiveness of the intervention(s).

SGS Inspector:_____ 李吉华 _____ Factory Representative:_____

**\*\*End of Report\*\***

*The above report reflects our findings at the time, date and place of inspection only and does not refer to any
other matter.*

**Guangzhou, May 23, 2016**                    SGS-CSTC Standards Technical Services Co., Ltd.



This document is issued by the Company subject to its General Conditions of Service
(www.sgs.com/en/Terms-and-Conditions.aspx). Attention is drawn to the limitations of liability,
indemnification and jurisdictional issues established therein.
This document is to be treated as an original within the meaning of UCP 600. Any holder of this
document is advised that information contained hereon reflects the Company's findings at the
time of its intervention only and within the limits of client's instructions, if any. The Company's
sole responsibility is to its Client and this document does not exonerate parties to a transaction
from exercising all their rights and obligations under the transaction documents. Any
unauthorized alteration, forgery or falsification of the content or appearance of this document is
unlawful and offenders may be prosecuted to the fullest extent of the law.
The authenticity of this document may be verified at
https://sgsonsite.sgs.com/en/v2/common/ecertificate/authenticateCertificate.jsp



# TEST REPORT

### Report Number: 160419051GZU-002
### Issued Date: May 26, 2016

| | | |
|---|---|---|
| **Applicant** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit201 Yuekai Commercial Building,NO28,Dongyuan Road,Changping Town,Dongguan |
| **Manufacturer** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit201 Yuekai Commercial Building,NO28,Dongyuan Road,Changping Town,Dongguan |

**Specimen Description**

| | | |
|---|---|---|
| Product | : | BELL + HOWELL Ultrasonic Pest Repeller |
| Sample Received Date | : | Provided by applicant on April 7, 2016 |
| Quantity of Sample | : | 1 piece |

**Test Content**

| | | |
|---|---|---|
| Date Test Conducted | : | From April 7, 2016 to April 18, 2016 |
| Test Requested | : | Witness for performance testing<br>- Ants, Spiders and Roaches |
| Test Standard/Method | : | According to client's requirement. |
| Test Location | : | Dongguan, Guangdong, China |
| **Test Results** | : | Please see the following pages for details |

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:

Reviewed by:

Leo Lin
Engineer

Sam Lin
Supervisor

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## SAMPLE INFORMATION

One BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.

| Sample Outlook |
| --- |



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC                    160419051GZU-002
INTERNATIONAL
INC.

## TEST OBJECT

Testing Ultrasonic Pest Repeller against Ants, Spiders and Roaches in laboratory environment,
conducting observations in total 11 days period, including 2 days Preliminary test, 7 days During test and
2 days Post test. This is to measure the efficacy of high-frequency sound as a pest management tool.
Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing.
And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

2016-   **Prepare test chambers, test pests and food/water**

Test chambers consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber
B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). There is an 10 feet
long plastic tunnel to connect the two chambers. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Test pests consisted of 20 ants, 20 spiders and 20 roaches. All of them were adult and healthy.

Placed an equal amount of water in chamber A and chamber B. Socked sponges in the water, this helps test
pests drinking water easier. 100 g water was prepared in each chamber daily during the test.

### 2. Preliminary Testing

Test pests' activity was documented before and after device installation. To observe general activity,
a Preliminary Testing was conducted before the actual test to ensure the test apparatus and the
selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary
testing. The release of test pests in Chamber A and Chamber B will be proportionate, with 50% of
Ants, Spiders and Roaches distributed evenly in each chamber. The test pests were given 2 days
(48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction
of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
******************************************* **End of Page** *******************************************



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## TEST PROCEDURE (continued)

### 3. Observation of Repellency (During Testing)

Turn On Ultrasonic Pest Repeller. Test pests were recorded at a 24 hours intervals for 7 days
(or 168 hours). Any test pests that stay in the Chamber B (without ultrasonic pest repeller) and tunnel were
counted as repelled. Any test pests stay in Chamber A (with ultrasonic pest repeller) were counted as not
repelled. The test pests were given 7 days (168 hours) to move freely around Chamber A and Chamber
B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 4. Post Testing

To observe general activity, a post testing was conducted to ensure the test apparatus and the
selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. The
test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

******************************************* **End of Page** *******************************************

INTELLITEC INTERNATIONAL INC.

160419051GZU-002

**Intertek**

## 5. Daily testing record

| Observe Date | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrived Time (approximate) | 10:30AM | 10:20AM | 10:20AM | 10:20AM | 10:20AM | 10:20AM | 10:30AM | 10:30AM | 10:20AM | 10:20AM | 10:30AM |
| Check Intertek seal label (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the quantity of spider, ants and roaches in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the fecal pellet counts & Urine spots in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the consumption of food and water in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Clean the fecal pellet counts & Urine spots by applicant (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the weight of new food and water (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Use new Intertek seal label to seal chambers (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| During the period of Intertek technician observation the applicant use multiple cameras to record the status of chambers (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Spiders, ants and roaches were suffering physical injury (Yes/No) | No | No | No | No | No | No | No | No | No | No | No |
| Finished time (approximate) | 12:00AM | 12:10AM | 12:10AM | 12:00AM | 12:10AM | 12:10AM | 12:10AM | 12:00AM | 12:10AM | 12:10AM | 12:10AM |

Remark: On April 7, Intertek technician arrived test location to witness the preparation of testing by Applicant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com
GZ²PERF-BRAND V0 (August 16, 2012)

**Intertek**

INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## TEST RESULT

| Spider/Roaches/Ants | | | PRELIMINARY TESTING (SWITCH OFF) | | DURING TESTING (SWITCH ON) | | | | | | | POST TESTING (SWITCH OFF) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
| Observe Time | | | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM |
| Chamber A (W/Pest Repeller) | Quantity | Spider | 9 | 8 | 8 | 6 | 6 | 2 | 3 | 2 | 2 | 7 | 8 |
| | | Ants | 8 | 9 | 7 | 6 | 6 | 5 | 5 | 6 | 6 | 6 | 9 |
| | | Roaches | 8 | 9 | 9 | 5 | 3 | 4 | 3 | 5 | 4 | 7 | 8 |
| | Consumed water(ml) | | 4.5 | 5.5 | 8 | 6.5 | 3.5 | 3 | 3 | 2.5 | 2.5 | 3.5 | 5.5 |
| Chamber B | Quantity | Spider | 10 | 12 | 12 | 14 | 14 | 16 | 15 | 15 | 18 | 13 | 12 |
| | | Ants | 10 | 11 | 13 | 14 | 14 | 14 | 11 | 14 | 14 | 14 | 11 |
| | | Roaches | 9 | 9 | 11 | 15 | 14 | 12 | 12 | 15 | 16 | 13 | 12 |
| | Consumed water(ml) | | 4.5 | 7 | 8.5 | 5.5 | 6 | 7.5 | 7.5 | 6 | 7.5 | 3.5 | 6.5 |
| Quantity of lost | | Spider | 1 | NA | NA | NA | NA | 2 | 2 | 3 | NA | NA | NA |
| | | Ants | 2 | NA | NA | NA | NA | 1 | 4 | NA | NA | NA | NA |
| | | Roaches | 3 | 2 | NA | NA | 3 | 4 | 5 | NA | NA | NA | NA |

Remark: The quantity of tunnel was counted as chamber B. Added new spider, ants and roaches according to the quantity of lost the next day.

**************************************** End of Page ****************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch

Room 02, 1-8/F & Room 01, E101/E501/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538

Website: www.intertek-etlsemko.com              GZ'PERF-BRAND  V0 (August 16, 2012)



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## TEST RESULT (Continued)

For Roaches fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A (W/ PEST PELLER ) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 8-April-16 | ROACHES | Equal | Equal |
| | | 9-April-16 | ROACHES | Equal | Equal |
| DURING TESTING | SWITCH ON | 10-April-16 | ROACHES | Equal | Equal |
| | | 11-April-16 | ROACHES | Little | More |
| | | 12-April-16 | ROACHES | Little | More |
| | | 13-April-16 | ROACHES | Little | More |
| | | 14-April-16 | ROACHES | Little | More |
| | | 15-April-16 | ROACHES | Little | More |
| | | 16-April-16 | ROACHES | Little | More |
| POST TESTING | SWITCH OFF | 17-April-16 | ROACHES | Equal | Equal |
| | | 18-April-16 | ROACHES | Equal | Equal |

Note:
Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, Ants,
Spiders and Roaches' fecal pellet & urine spots are not easy to count, therefore quantity difference
is described by three levels-little, very little and more.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## Appendix I



| Testing device overlook | Intertek sealed label |
| --- | --- |
| Status under repeller switch off (chamber B) | Status under repeller switch off (chamber A) |
| Status under repeller switch on (chamber B) | Status under repeller switch on (chamber A) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## Appendix II

| | |
|---|---|
|  |  |
| Water weigh | Consumption of Water check |

*********************************************** **End of Page** ***********************************************



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

**Appendix III**



Testing device dimension

Ants /roaches/spiders

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

**Appendix IV**



camera

Remark: Pictures showing multiple video cameras set up at the venue by the applicant. The cameras were used for record the pest activities of all chambers. Each camera targeted at specific chamber.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## REVISION SUMMARY

| Date | Project Handler/Reviewer | Page | Description of change |
|---|---|---|---|
| 2016-4-20 | | | Initial release |
| 2016-5-26 | *Cao Lin Sun L* | 1 | Deleted Style number. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

# INTERTEK 2016
# RATS / MICE
# TEST REPORT ANALYSIS

**May 25, 2016**

| REPORT NO. | 160419051GZU-001 | |
|---|---|---|
| LABORATORY | **INTERTEK** | |
| TESTING PERIOD | APRIL 7 ~ APRIL 18, 2016 | |
| PRODUCT | ULTRASONIC PEST REPELLER | |
| PEST | **MICE / RATS** | Pest Repeller |

## CONSTRUCTION OF TESTING CHAMBER

- The test was conducted in two completely separate sealed plastic chambers. Each chamber is 4' x 4' x 1.5'.
- Pest Repeller was placed in chamber A.
- In between, there is a 7 feet long plastic tunnel. The tunnel is "curved", two chambers are designed in HI-LO levels. The curved and Hi-Lo tunnel design is to further ensure ultrasonic sound wave will not enter from chamber A into chamber B since sound wave is very directional.
- All edges/gaps are sealed securely with SGS unbreakable labels. Only SGS inspectors were allowed to open the chambers to count mice/rats quantities, weighted food and water, and replaced new seals after counting on a daily basis.
- 20 healthy adult Mice and 20 healthy adult Rats were used for this testing.
- Released 50% mice/rats into chamber A and another 50% in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was switched OFF
  - During Testing: 7 days = 168 hours,  pest repeller was switched ON
  - Post Testing: 2 days = 48 hours, pest repeller was switched OFF

## VIDEO RECORDING

- See page 5 "" During the period of Intertek technician observation, the applicant use multiple cameras to record the status of chambers"".
- See page 14 "" pictures showing multiple video cameras set up at the venue by the applicant. The cameras were used for recording the pest activities of all chamber.  Each camera targeted at specific chamber.

1

**TEST RESULTS**

**RATS (PAGE 6)**

- During Testing showed Rats graduately moved from Chamber A (where pest repeller was working) to Chamber B.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 37% | 33% | 24% | 20% | 22% | 0% | 0% | 5% | 5% | 0% | 30% |

- Food consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| 8% | -20% | -13% | -72% | -83% | -86% | -70% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| +22% | -36% | -3% | -90 % | -72% | -86% | -84% |

**Mice (Page 7)**

- During Testing showed Mice graduately moved from Chamber A (where pest repeller was working) to Chamber B.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 37% | 27% | 37% | 36% | 40% | 30% | 21% | 11% | 0% | 35% | 15% |

- Food consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| 6% | -21% | -43% | -70% | -73% | -72% | -77% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -16% | +36% | -30% | -84% | -78% | -72% | -83% |

2

**URINE SPOTS / FECAL PELLETS COUNT (PAGE 8)**

- Lab technician traced and recorded rats/mice urine spots and fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- When pest repeller was switched on During Testing, urine spots and fecal pellets appeared to be noticeably much LESS quantities in Chamber A.
- When pest repeller was switched off during Preliminary and Post testing periods, urine spots and fecal pellet quantities appeared to be more EVEN in two chambers.

# INTERTEK 2016
# ANTS / SPIDERS / ROACHES
# TEST REPORT ANALYSIS

**May 25, 2016**

| Report No. | 160419051GZU-002 | |
|------------|------------------|---|
| Laboratory | **INTERTEK** |  |
| Testing Period | April 7 ~ April 18, 2016 | |
| Product | Ultrasonic Pest Repeller | |
| Pest | **Ants / Spiders / Roaches** | **Pest Repeller** |

## CONSTRUCTION OF TESTING CHAMBER

- The test was conducted in two completely separate sealed plastic chambers.  Each chamber is 4' x 4' x 1.5'.
- Pest Repeller was placed in chamber A.
- In between chambers, there is a 7 feet long plastic tunnel.  The tunnel is "curved", two chambers are designed in HI-LO levels.  The curved and Hi-Lo tunnel design is to further ensure ultrasonic sound wave will not enter from chamber A into chamber B since sound wave is very directional.
- All edges/gaps are sealed securely with SGS unbreakable labels.  Only SGS inspectors were allowed to open the chambers to count mice/rats quantities, weighted food and water, and replaced new seals after counting on a daily basis.
- 20 each healthy adult Ants / Spiders / Roaches were used for this testing.
- Released 50% mice/rats into chamber A and another 50% in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was switched OFF
  - During Testing: 7 days = 168 hours,  pest repeller was switched ON
  - Post Testing: 2 days = 48 hours, pest repeller was switched OFF

## VIDEO RECORDING
- See page 5  ""During the period of Intertek technician observation the applicant use multiple cameras to record the status of chambers"".
- See Page 11 ""Picture showing multiple video cameras set up at the venue.  Declared by client, each camera targeted at specific chamber, pest activities of all chambers have been recorded without interruption during 11 days of testing"

TEST RESULTS

ANTS (PAGE 6)

- During Testing result showed Ants graduately moved from Chamber A (where pest repeller was working) to Chamber B.   After testing, Ants still had memories/habits to stay away from Chamber A where Pest Repeller was working before.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 44% | 45% | 35% | 30% | 30% | 26% | 31% | 30% | 30% | 30% | 45% |

- Water consumption was noticeably much LESS in Chamber A During Testing when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -6% | +18% | -41% | -60% | -60% | -58% | -67% |

SPIDERS (PAGE 6)

- During Testing result showed Spiders graduately moved from Chamber A (where pest repeller was working) to Chamber B.   After testing, Spiders had memories/habits to stay away from Chamber A where Pest Repeller was working before.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 47% | 40% | 40% | 30% | 30% | 11% | 17% | 11% | 10% | 35% | 40% |

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -6% | +18% | -41% | -60% | -60% | -58% | -67% |

ROACHES (PAGE 6)

- During Testing result showed Roaches graduately moved from Chamber A (where pest repeller was working) to Chamber B.   After testing, Roaches had memories/habits to stay away from Chamber A where Pest Repeller was working before.

| PRE-TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 | Day 10 | Day 11 |
| 47% | 50% | 45% | 25% | 18% | 25% | 20% | 25% | 20% | 35% | 40% |

2

- Water consumption was noticeably much LESS in Chamber A During Testing period when pest repeller was working.

| DURING TESTING | | | | | | |
|---|---|---|---|---|---|---|
| Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Day 8 | Day 9 |
| -6% | +18% | -41% | -60% | -60% | -58% | -67% |

## URINE SPOTS / FECAL PELLETS COUNT (PAGE7)

- Lab technician traced and recorded ants / spiders / roaches urine spots and fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- When pest repeller was switched on During Testing, urine spots and fecal pellets appeared to be much LESS quantities in Chamber A.
- When pest repeller was switched off during Preliminary and Post testing periods, urine spots and fecal pellet quantities appeared to be more EVEN in two chambers.

3



# TEST REPORT

### Report Number: 160419051GZU-001
### Issued Date: May 26, 2016

**Applicant**        :     INTELLITEC INTERNATIONAL INC.

**Address**          :     Unit 201 Yuekai Commercial Building,NO28,Dongyuan
                           Road, Changping Town, Dongguan

**Manufacturer** :   INTELLITEC INTERNATIONAL INC.

**Address**          :     Unit 201 Yuekai Commercial Building,NO28,Dongyuan
                           Road, Changping Town, Dongguan

**Specimen Description**

Product                           :     BELL + HOWELL Ultrasonic Pest Repeller
Sample Received Date     :     Provided by applicant on April 7,2016
Quantity of Sample          :     2 pieces.

**Test Content**

Date Test Conducted       :     From April 7, 2016 to April 18, 2016
Test Requested               :     Witness for performance testing – Rats and Mice
Test Standard/Method     :     According to client's requirements.
Test Location                  :     Dongguan, Guangdong, China

**Test Results**           :     See the following pages for details.

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:                                                    Reviewed by:

*Leo Lin*                                                          *Sam lin*
_____                        _____
Leo Lin                                                             Sam Lin
Engineer                                                          Supervisor

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

## SAMPLE INFORMATION

Two BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.



Sample outlook

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

## TEST OBJECT

Test Ultrasonic Pest Repeller against rats and mice in laboratory environment, conducting observations in total 11 days period, including 2 days <u>Preliminary test</u>, 7 days <u>During test</u> and 2 days <u>Post test</u>. This is to measure the efficacy of high-frequency sound as a pest management tool.
Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

### 1. Prepare test Chamber, rats/mice and food/water

Test chambers of rat and mice consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). There is a 10 feet long plastic tunnel to connect these two chambers. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

The number of rats and mice is 20 or more. All of them were adult and healthy. The testing of rats and mice was conducted separately.

Placed an equal amount of food and water in chamber A and chamber B. Used rice as food for rats and mice and used tap water. During first three days, 200g food and 300g water for rats and mice, other days, 300g food and 300g water for rats and mice were prepared in each chamber daily.

### 2. Preliminary Testing

Rats and mice's activity was documented before and after device installation. To observe general activity, conducted a Preliminary Testing before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of rats and mice in Chamber A and Chamber B was proportionate, with 50% of rats and mice distributed evenly in each chamber. Rats and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

## TEST PROCEDURE (continued)

**3. Observation of Repellency (During Testing)**

Turn On Ultrasonic Pest Repeller. Rats and mice were recorded at 24 hour intervals for 7 days
(or 168 hours). Any rats and mice that stay in the Chamber B (without ultrasonic pest repeller) and tunnel
were counted as repelled. Any rats and mice stay in Chamber A (with ultrasonic pest repeller) were counted
as not repelled. Rats and mice were given 7 days (168 hours) to move freely around Chamber A and
Chamber B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

**4. Post Testing**

To observe general activity, a post testing was conducted to ensure the test apparatus and the
selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. Rats
and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

********************************************* **End of Page** *********************************************

INTELLITEC
INTERNATIONAL INC.

160419051GZU-001

**Intertek**

## 5. Daily testing record

| Observe Date | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrived Time(approximate) | 10:30AM | 10:20AM | 10:20AM | 10:20AM | 10:20AM | 10:20AM | 10:30AM | 10:30AM | 10:20AM | 10:20AM | 10:30AM |
| Check Intertek seal label (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the quantity of rats/mice in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the fecal pellet counts & Urine spots in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the consumption of food and water in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Clean the fecal pellet counts & Urine spots by applicant (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the weight of new food and water (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Use new Intertek seal label to seal chambers (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| During the period of Intertek technician observation the applicant use multiple cameras to record the status of chambers (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Rats/mice were suffering physical injury (Yes/No) | No | No | No | No | No | No | No | No | No | No | No |
| Finished time (approximate) | 11:30AM | 11:40AM | 11:40AM | 11:30AM | 11:30AM | 11:40AM | 11:40AM | 11:30AM | 11:30AM | 11:40AM | 11:40AM |

Remark: On April 7, Intertek technician arrived test location to witness the preparation of testing by Applicant. **\*\*\*\*\*\*\*\* End of Page \*\*\*\*\*\*\*\***

160419051GZU-001

INTELLITEC
INTERNATIONAL INC.



## TEST RESULT

| RATS | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | | SWITCH OFF | |
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| Observe Date | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| | | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
| Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | 9 | 7 | 5 | 4 | 4 | 0 | 0 | 1 | 1 | 0 | 6 |
| | Consumed food(g) | 131 | 120 | 150 | 144.5 | 173.5 | 53.5 | 35.5 | 35 | 67.5 | 116 | 119.5 |
| | Consumed water(ml) | 257 | 214.5 | 183 | 116 | 137.5 | 25 | 46 | 29.5 | 46 | 161 | 181 |
| Chamber B | Quantity | 15 | 14 | 16 | 16 | 14 | 16 | 20 | 19 | 19 | 20 | 14 |
| | Consumed food(g) | 160.5 | 114 | 139.5 | 182 | 200 | 197.5 | 212 | 262 | 231 | 266.5 | 261 |
| | Consumed water(ml) | 270.5 | 228 | 150 | 182 | 142 | 252.5 | 166 | 213 | 291 | 187 | 206 |
| Quantity of dead & add | Dead | NA | 3 | NA | 1 | 2 | 2 | 1 | NA | NA | NA | NA |
| | Add | NA | NA | NA | NA | NA | 4 | 1 | NA | NA | NA | NA |

Remark: The quantity of tunnel was counted as chamber B.

********************************************* **End of Page** *********************************************

Page 6 of 15
Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZ7PERF-BRAND_V0 (August 16, 2012)

INTELLITEC
INTERNATIONAL INC.

160419051GZU-001

## TEST RESULT (Continued)

| MICE | | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| | Observe Date | | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
| | Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | | 7 | 5 | 6 | 7 | 8 | 6 | 4 | 2 | 0 | 7 | 3 |
| | Consumed food(g) | | 154 | 178 | 182.5 | 196 | 135.5 | 60 | 62.5 | 60.5 | 61.5 | 149.5 | 157.5 |
| | Consumed water(ml) | | 259 | 210.5 | 150 | 199.5 | 128.5 | 39.5 | 43.5 | 63 | 46 | 128 | 186 |
| Chamber B | Quantity | | 12 | 13 | 10 | 12 | 12 | 14 | 15 | 16 | 20 | 13 | 17 |
| | Consumed food(g) | | 118 | 76.5 | 173 | 249 | 241 | 203 | 231.5 | 221 | 269.5 | 169 | 205 |
| | Consumed water(ml) | | 170.5 | 159.5 | 179 | 146.5 | 184.5 | 259 | 200 | 228 | 285 | 169 | 155 |
| Quantity of dead & add | Dead | | 1 | 1 | 2 | 1 | NA | NA | 1 | 1 | NA | NA | NA |
| | Add | | NA | NA | 4 | 1 | NA | NA | NA | 2 | NA | NA | NA |

Remark: The quantity of tunnel was counted as chamber B.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)





INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

## TEST RESULT (Continued)

For Rats/Mice fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A ( W/ PEST PELLER ) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 8-April-16 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 9-April-16 | RATS | Equal | Equal |
| | | | MICE | More | Little |
| DURING TESTING | SWITCH ON | 10-April-16 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 11-April-16 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 12-April-16 | RATS | Equal | Equal |
| | | | MICE | Little | More |
| | | 13-April-16 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 14-April-16 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 15-April-16 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 16-April-16 | RATS | Little | More |
| | | | MICE | Little | More |
| POST TESTING | SWITCH OFF | 17-April-16 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 18-April-16 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |

Note:
Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, rats and mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.

*********************************************** **End of Page** ***********************************************



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

**Appendix I**

| | |
|---|---|
| Rats testing device overlook | Intertek seal label |
| Rats status under repeller switch off (chamber B) | Rats status under repeller switch off (chamber A) |
| Rats status under repeller switch on (chamber B) | Rats status under repeller switch on (chamber A) |

*********************************** **End of Page** ***********************************



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

**Appendix I (Continued)**

| | |
|---|---|
| Mice testing device overlook | Intertek seal label |
| Mice status under repeller switch off(chamber B) | Mice status under repeller switch off(chamber A) |
| Mice status under repeller switch on(chamber B) | Mice status under repeller switch on(chamber A) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

**Appendix II**



| Food weigh (Rats) | Consumption of food check (Rats) |
| Water weigh (Rats) | Consumption of Water check (Rats) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com      GZPERF-BRAND V0 (August 16, 2012)



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

**Appendix II (Continued)**



| Food weigh (Mice) | Consumption of Food check (Mice) |
| Water weigh (Mice) | Consumption of Water check (Mice) |

******************************************** **End of Page** ********************************************



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

**Appendix III**



Testing device dimension of Rats & Mice

Rats and Mice

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

**Appendix IV**

 

camera

Remark: Pictures showing multiple video cameras set up at the venue by the applicant. The cameras were used for record the pest activities of all chambers. Each camera targeted at specific chamber.

********************************************* **End of Page** *********************************************



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-001

## REVISION SUMMARY

| Date | Project Handler / Reviewer | Page | Description of Change |
|------|---------------------------|------|----------------------|
| 2016-4-20 | | | Initial release |
| 2016-5-26 | *Leo Lin* *Sonlin* | 1 | Deleted Style number |

*********************************** **End of Report**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com        GZPERF-BRAND V0 (August 16, 2012)