**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNE STEIGERWALD, individually and on behalf of all others similarly situated, | ) ) | Case No. 1:15-CV-00741 |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ADMISSION** |
| | ) | *PRO HAC VICE* **OF YITZCHAK KOPEL** |
| v. | ) | |
| | ) | Honorable Patricia A. Gaughan |
| BHH, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to Local Rule 83.5(h), Interested Party, Jeanne Steigerwald ("Plaintiff-Intervenor"), by and through counsel, hereby moves this Honorable Court to admit Yitzchak Kopel *pro hac vice* to the United States District Court, Northern District of Ohio.  Mr. Kopel's contact information is as follows:

> Yitzchak Kopel
> Bursor & Fisher, P.A.
> 888 Seventh Avenue
> New York, New York 10019
> Telephone:  646-837-7150
> Fax:  212-989-9163
> Email:  ykopel@bursor.com

Attached hereto and incorporated herein as if fully rewritten are the Verified Statement and Oath of Yitzchak Kopel.

WHEREFORE, Yitzchak Kopel is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern District of Ohio and Plaintiff hereby moves for the admission of Yitzchak Kopel *pro hac vice*.

Respectfully submitted,

*/s/ Scott D. Simpkins*
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
**CLIMACO WILCOX PECA TARANTINO
& GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
jrclim@climacolaw.com
sdsimp@climacolaw.com

*Attorneys for Interested Party Joanne Hart*


## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, a copy of the foregoing document was filed electronically using the CM/ECF System.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

*/s/ Scott D. Simpkins*
One of the Attorneys for Interested Party Joanne Hart