UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNE STEIGERWALD, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:15-CV-00741 |
| Plaintiff, | ) ) ) | Honorable Patricia A. Gaughan |
| vs. | ) ) ) | |
| BHH, LLC, et. al., | ) ) ) | |
| Defendants, | ) ) ) ) ) ) | |

**VERIFIED STATEMENT AND OATH OF YITZCHAK KOPEL
IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

I, Yitzchak Kopel, under the authority of the rules governing admission to the United States District Court, Northern District of Ohio, Eastern Division, move this Court for permission to participate *pro hac vice* as counsel in the above-referenced case and would show the Court as follows:

1. I am a member of the firm Bursor & Fisher, P.A., 888 Seventh Avenue, New York, New York 10019, Telephone 646-837-7150, Fax 212-989-9163, Email ykopel@bursor.com.

2. I became admitted to practice in the State of New York on April 24, 2013, and I am an active member in good standing. My New York Attorney Registration number is 5117619. I have also been admitted to practice in the State of New Jersey on November 27, 2012, and I am an active member in good standing. My New Jersey Attorney Registration number is 905352012. I have also been admitted to practice before the United State District Courts for the Northern, Southern, and Eastern Districts of New York, the District of New Jersey, and the United States Court of Appeals for the 11th Circuit.

3. I have never been disbarred or suspended from practice before any court. Department, bureau or commission of any State or the United States, or ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar of any jurisdiction in which I have been licensed.

WHEREFORE, Movant, Yitzchak Kopel, prays that this Court grant him permission to participate as a non-resident attorney in the proceedings of this case.

_____
Yitzchak Kopel

## OATH

Pursuant to Local Rule 83.5(f):

I, Yitzchak Kopel, do solemnly swear that as an attorney of this Court, I will conduct myself uprightly, according to the law and the ethical standards of the Code of Professional Responsibility adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

_____
Yitzchak Kopel

SWORN and SUBSCRIBED to before me this 15 day of August, 2016.

_____
Notary Public

PHILIP LAWRENCE FRAIETTA
Notary Public, State of New York
No. 02FR6320870
Qualified in Westchester County
Commission Expires March 09, 20 19